FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

1  Jose Castaneda, aka James Blume USMC, Per Crt Order "10/0213" **FILE UPON DEMAND**
2  596 Douglas Street                    Judge Daniel J. Buckley  **PER US CONSTITUTION**: 58
3  Pasadena, CA 91102
   (626)314-9218 kasta9126@gmail.com                                   CLERK-ALBUQUERQUE

4
5                  ## IN THE FEDERAL DISTRIC COURT                21cv595  LF

6                  ## FOR THE STATE NEW MEXICO

7  JOSE CASTANEDA, aka, James          **CASE   NO :**
8  Blume,  The Executor of the Estate of  **COMPLAINT FOR CIVIL RIGHTS**
                                        **1.  "INTENTIONAL" VIOLATION**
9  Castaneda, et al, individuals with   **OF RIGHTS;**
   others and on behalf of the People of **2.  CHAIN OF CUSTODY TAINTED**
10 The State of California similarly     **BY COURT;**
11 situated, as they continued to be     **3.  ALLOWED PERJURY FOR**
   abused by the Los Angeles Superior    **PROFIT BY ATTORNEYS;**
12 Court System and its corrupt Judges!  **4.  VIOLATION DUE PROCESS OF**
13 e.g. DeVanon, Miller, Drewry & Hickok **PLAINTIFFS;**
                                        **5.  EXTRINSIC FRAUD ON THE**
14 (Requesting Whistle-Blower status &   **COURT BY ALL DEFENDANTS;**
   protection requested, and the reward  **6.   VIOLATION OF 42 U.S. CODE**
15 by law.                               **SECTION 1983, 42 U.S CODE;**
                                        **SECTION 1981, 42 U.S. CODE;**
16                                       **SECTION 1985;**
            ***Plaintiff,***            **7.   JUDICIAL CONSPIRACY;**
17          **Vs.**                      **8.   TITLE 18, 241 & 242;**
18 STATE OF CA, C.O.L. A., CITY OF L.A., **CONSPIRACY TO VIOLATE CIVIL**
   L.AS.C., STATE BAR OF CA. Mag. Judge  **RIGHTS by JUDICIAL PREJUDICE**
19 STEVE KIM, Disbarred Atty. Jack K.    **& DISCRIMINATION;**
   CONWAY, JAN W. ANDERSON, Et Al;
20                                       **9.   JUDICIAL FACILITATION,**
21  Real Party in Interest: **JUDGE HICKOK,** **Penal Code 653 (f): SOLICITATION**
   **COMM. DREWRY, JUDGE MILLER,**       **OF  JUDGE JOSEPH FRANCIS**
22 **JUDGE DEVANON, SAM PAZ, SONIA**     **DEVANON *"Let me get some"*, Code**
   **MERCADO, LISA MACCARLEY, EMAHN**    **of Conduct Canon 4 (D)(1) "Financial**
23 **COUNTS, SEVAG NIGOGHOSIAN, GREG**   **Activities", *"He never contacted the**
24 **BLAIR, SARAH OVERTON, ROBERT**      **court"*, in Case GC042105;**
   **FELTON, STEPHEN RYKOFF, ROBERT**
25 **GOMEZ, DAVID A XAVIER MICHAEL**     **JURY TRIAL DEMANDED**
   **FLANAGAN, WAYNE BOEHLE, OSCAR**
26 **ACOSTA AND CHASE BANK Et Al**
27          ***Defendants.***

    TO ALL PARTY(S) STATE AND FEDERAL AND THEIR ATTORNEY OF RECORD
28
   AND THIS HONORABLE FEDERAL NEW MEXICO COURT:

        NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

TO ALL COURT (S) STATE, FEDERAL, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD, (hereinafter referred to individually and collectively as "PLAINTIFF" or "PLAINTIFFS") **"WHISTLEBLOWERS"** Complains, Claims and makes Formal Charges against Defendant(s), ESTATE OF ROBERT BERKE, decedent, and DOES 1 through 100, (hereinafter referred to individually and collectively as "Defendant" or "Defendants") as follows:

1.      At all times herein mentioned, Plaintiffs, JOSE CASTANEDA, aka, JAMES BLUME USMC, **"Whistleblowers"** at all times relevant herein reside in the County of Los Angeles, California.

2.      Plaintiffs are informed, believe, and know thereon and Complain, Claims and formal Charges the following that at all times relevant therein Defendants THE LAW FIRM OF ROBERT BERKE Et Al, THE ESTATE OF ROBERT BERKE Et Al and DOES 1 through 100 were individuals residing in the County of Los Angeles, California.

3.      Plaintiffs do not know of the true names and capacities, whether individual, corporate or otherwise of the Defendants sued herein as DOES 1 through 100.  Plaintiff therefore sues as said Defendant by such fictitious names.  Plaintiff will amend this complaint to allege the true names and capacities of each of these Defendants when the same has been ascertained.   Plaintiff is informed and believes, and thereon alleges, that each of the Defendants sued herein as a "DOE" is in some manner responsible for the events and occurrences alleged herein and that the damages alleged herein are the proximate result of such an "Outrageous" Conduct that is Criminal in Civil Proceedings, with a Judicial Conspiracy to Steal from cases with the intent to commit fraud and judicial theft by selling of judicial decisions, ruling and verdicts by what the people deem as the Judicial Mafia. The series of Judicial Tactic of tampering with evidence, cases, and our rights to engineer, design, and construct a Predictive,  Purchased, and Discriminatory Verdict or Decisions from the courts [is] illegal.  All the named Defendants and Doe Defendants are herein collectively and individually referred to as "Defendants" who intentionally violated my rights; to lose my case(s), before the case was even Filed! And, I object!

4.      Plaintiffs is informed, knows, and believes, herein and thereon alleges and charges, that each of the Defendants was acting "IN CONCERT" [or] in a Coordinated as agent, partner, employee, associate, or even a joint venture's of each of the other Defendants to profit off my cases, and at all times herein alleged and charges, was acting illegally within the course and scope of said agency illegally, in an illegal partnership, and under the employment and joint venture to steal from cases, and with the knowledge, authorization, and ratification of each of the other Defendants for Judicial and

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

Administrative Profiteering for personal, promotional, or financial gain. And, I object as I become a "Judicial Whistle Blower" of Court Corruption along with Officer James Blume USMC!

### FIRST CAUSE OF ACTION AND CHARGE

**"A JUDICIAL SYSTEM WAS DEVELOPED" TO INTENTIONALLY VIOLATE THE CIVIL RIGHTS OF THE PEOPLE TO USE OUR COURTS, OR USE IT CORRECTLY BY (THE SELLING OF DECISIONS TO COME TO A PREDICTIVE OR PURCHASE VERDICT USING EXTREME PREJUDICE)**

**THE CLAIM, COMPLAINT, AND CHARGES AGAINST ALL DEFENDANTS ARE AS FOLLOWS:**

**5.**     Plaintiff incorporates paragraph 1 through 4 of this complaint as if fully set forth herein.

**6.**     At all times herein mentioned, ALL Defendants were administered and took an "Oath of Office" to defend and protect the CONSTITUTION OF THE UNITED STATES; but failed to do so for promotional and financial gain to receive a bribe violating Public Policy. It's so bad, I'm also charging the courts with Judicial Treason! For proof. Why are Judicial Criminalized Acts allowed in civil Proceeding? And, I object!

**7.**     On or about January 13, 2009 Plaintiff JOSE CASTANEDA appeared at the Los Angeles Superior Court where a Judicial Conspiracy, *(a violation of Cal. Penal Code 182, Conspiracy)* in Department "76", was allowed for a Judicial Bribe *(In violation Penal Code 67 & 68 Bribery)* in Case BC 118244, with **_Atty. Sonia Maria Mercado v. Jose Castaneda_** and also the Plaintiff, Complainant, and a Whistle Blower in this case, and was told nothing about Attorneys Ivan Shomer or Robert Berke, or who they were representing. Your Honor, Full Disclosure with Transparency was NEVER maintained in [any] of my case(s) to [RIP ME OFF]. *(For proof, and to verify this illegal act; of my claim, complaint, and charges, there was no MC-50 form, Representation form filed to the court!)* I had contracted the Law Firm of Jack K. Conway (Disbarred) to represent me; but this person **did not** show up, as the court allow this illegal Judicial Act to violated my rights and lose my Case(s), which violated my Rights to also a Fair Hearing under the 14th Amendment! *(Violation of Title 18, 241 & 242, Conspiracy; due to a bribe in coordination to the Bench Trial)* At the Hearing in Dept. 76, at or around 9:05 am, these two attorneys Shomer and Berke, whom I NEVER met in my life, went into Judge's Chambers to represent me with Commissioner Drewry, and Atty. R. Samuel Paz who apparently arranged this Judicial Scam, in a deal that was made without my consent, as needed and as required and prescribed by law; "in that" he, my [own] Attorney MUST  consult me prior to the Hearing. Instead the parties went in "chambers" and

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

then illegally "agreed" to [Continued] the matter which became a Judicial Conspiracy, to the February 4, 2009, on the "Condition" that the TRO be issued. Objection; Why? I was being falsely set up, and now accused of Stalking by Attorney Sonia Mercado with false, made up, concocted, fabricated allegations to get a [fake] TRO proven by my employer; when I was at work! For proof, [I]F I was Stalking her, why didn't she call the Police? I later found out later, that this was due to engineer my downfall to receive ill-gotten gains and set me up to lose my case(s) to extort me for more money from my estate for a couple of years by filing documents not needed or relevant to my case. The Attorney was "Papering the Court" for more money! After I obtained the Court Minutes for that Hearing, I learned that Robert Berke was representing me, and Ivan Shomer appeared for Jack Conway. I object! Evidence does not lie, people do! **[See Court Minutes and Court Transcripts for evidence that an Extrinsic Fraud took place by all officers of the Court at Hearing for Dept. 76]**

**In order to steal from my Estate, ALL Attorneys conspired to create a fake TRO, to create more work, and make more money, which after a bribe, was now granted illegally, but now granted on a lie to steal in my cases; and can be proven by the Court's Docket with a "Substitution of Attorney" form, (MC-50) "that" was not filed as required and prescribed by law, which violated my rights. The (MC-50, form was sabotaged to charge me more money! Attorney Paz and Mercado started a series of lies that will prove a conspiracy was in place to deny Jose Castaneda the Right to "Due Process under the 14th Amendment"; and then to deny Jose Castaneda to present ALL evidence at trial or hearing to engineer a Predictive and Purchased decision by the court. This was a simple case that has turned into a nightmare for financial gain that plunders my assets from my case(s) which becomes Judicial Theft; but by setting me up with unnecessary legal fees I NEVER needed!**

**For additional proof that Judicial Fraud took place are the statements by Atty Samuel Paz when he lies by stating: *"HE FORCED OUR HAND, WE JUST DID WHAT WE HAD TO DO TO GET THIS ORDER"* [See R/T of April 13, 2009, Page 5, Lines 4, 5] and Sonia Maria Mercado, as stated in a related matter: *"APPARENTLY, LUIS HAD LEFT MILLIONS IN HIS ESTATE FROM AN ANNUITY FROM A PREVIOUS ACCIDENT WHICH LEFT HIM MENTALLY DISABLED"***

**[See Declaration of Atty. Sonia Mercado file 12-3-08 in Case GP013952 Estate of Castaneda]**

      **8.**      The *Mercado v. Castaneda* [BC402096] and The *Ramirez v. Castaneda* [GC042105]

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

the case(s) filed by Attorney Mercado and Attorney MacCarley on 12-17-08 and 1-09-09, respectively, were set up to be grossly mismanaged; to get more fees using Judicial Theft from Estate that borderlines criminal activity in Civil Proceedings causing Jose Castaneda great emotional pain, suffering, and great economical loss and irreparable harm to his Civil Rights and Freedom of Speech. This was an unjust decision as I lost these cases by a [FAKE] Default because all attorneys involved *steer* and manipulate the proceedings in the case in one direction to find guilty of an engineered "Default", a fake and then a  created charge of Stalking with no evidence of a Police Report to prove it was a lie, and fine me or charge me for things I did not do, as the legal services stared to add up! And, the courts allowed this?   Jose Castaneda, to keep me silent for Whistle Blowing" as I realized what was happening to me and my cases, that next, I was now set up for a fake and fraudulent "Sanction" for almost a Million Dollar, which becomes a Miscarriage of Justice that violates my 1st, 6th, 8th and 14th amendment rights, and Civil Rights, which also silences my Freedom of Speech, to have Compulsory Process for obtaining witnesses in his/my favor. I was never allowed to present all evidence of how my 85-year-old mother was financially and mentally abuse by her own family and assisted by attorney Sonia Maria Mercado "In Concert"  with all the Defendants; for Financial Gain! Felicitas Castaneda was being taken to the Cleaners and robbed of all her annuity and $400k settlement money!  I, and my Family was being milked for Unjust Rewards and for Unjust Financial Gain in Superior Court, based on a Judicial Bribe with lies when nothing was proven! If this is not true, why did the court or Judge pay for my Representation to set me up with Attorneys he hired for me? Because I never paid for Attorney Shomer or Berke, that were appointed by the court for their Representation! For proof, how can Attorneys represent me without any money, or a contract for legal services the court ordered for me in my cases?  This is how you know I was set up to fail and fail in my cases too! This is a Common "Practice" in the State of California after a Judicial Bribe was paid  Judge as used in the State of California all the time to throw cases or purchase decisions from the Bench Trials! For proof, no Jury Trials are allowed for Mexicans, and in another related case I know of, Case BV028409, Appeals Court Justices P. McKay, P. J.,  Dymant J, & Justice Keosian, J, allowed another stranger  to come in to the Appeals Courts to argue a case by James Blume, (USMC Honorable)  and Of course, he lost his case too! Greta Cutis came in and argued for James Blume in his case like mine, and he never hired her, never had a contract, never paid her too! Just like my case!  Greta Cutis, a stranger, who knew nothing of Mr. Blume's case, started to argue his Appeals Court case too! The courts in California use this Judicial Series of Tactic all the time for a "Kick-Back" for an Engineered Purchased

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

and Predictive Verdict by the court! This is the court's Modus Operandi, Method Of Operation, or the new Judicial Tactics used by the court for a Judicial Bribe to sabotage cases to lose, and we lose our cases based on strangers appointed by the court to represent you which becomes Judicial Entrapment! Isn't this a "Conflict of Interest" for the Judge to hire Legal Counsel for you to lose your cases?

9.     At all times Defendant Attorney Robert Berke had knowledge and was informed of the true facts as to the case Mercado v. Castaneda. Attorney Robert Berke acknowledges this on page 6, Lines 5 – 10: **"Mr. Berke there's no reason to dispute the facts because we're just going to remove what there is."** As an experience litigator in Civil Rights issues Mr. Berke knew in court that the YouTube website contained the Trial Court Proceedings of Testimony of Sonia Maria Mercado at 2005 trial Jesus *Castaneda v. Castaneda*. My brothers were accusing of stealing millions from the Estate of my brother Luis Castaneda, who was murdered in County Jail in 1994. At trial, Atty Sonia Mercado could not "remember", "recall", and responded to many simple questions as "may have's". Atty Robert Berke stating "there is no reason to dispute the facts"? As a result of the agreement that was entered "illegally",  I was deprived of my rights to exercise my freedom of speech and to share with the community at large HOW our judicial court system is "manipulated" "gamed" by all attorneys auguring their cases, after paying bribes to the court! And, I object!

10.     The judicial suppression of the evidence and information to "edited" court cases are done to engineer your case to lose; and to the court in case BS 118244 and BC 402096, Mercado v. Castaneda caused the Plaintiff in this matter, to be deceived and deprived of the knowledge of the true facts surrounding Sonia Mercado's involvement with Lisa MacCarley as they make a deal to prolong the case for Financial Gain, and a fabricated  false declaration of Susana Castaneda which is mentioned at court proceeding.  The Law Firm of Lisa MacCarley and Associates in Glendale, practicing law are "Dirty", and are disrespecting the court by lying and smoke-screening the truth because they were not forth coming or were Transparent!  For proof, where is their evidence to support [any] of their false claims made in court! That is why I dislike this court that allows rumors and lies in as evidence! Why does Plaintiff have to suffer for their shortcomings and lack of character!? For proof, Plaintiff always proves his case by evidence or exhibits! The opposing party just lies, and then I lose my case without any evidence that was never supplied to the court! What is the going rate for a win or for me to win my case by bribing the court? If I object, I am silenced! Because the court is **not** based on the truth or evidence, just lies that come to an Attorney's mouth at the time of trial to engineer verdict for profit, and in a commission of a crime of perjury to win their case(s)!  Plaintiff wants the court to know that

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

he is proud of his ethics and character and would like to point out to the blind court that he always "SUPPLIES" the court with evidence or legal documents to prove his case! What has the opposing party supplied for any proof in court, or to verify anything that was said or stated to the court to be truthful? Nothing because it was a lie! And I lost my case based on lies and false evidence on statements and false declarations?

11.    At **all** times Defendant Robert Berke failed as an Attorney, failed to present all evidence, failed to apply the proper Rules of The Court, and the above describe facts to Plaintiffs, which is the same to withhold his rights for a purchased decision and illegal decision. He, Atty Robert Berke deliberately "Withheld", "Suppressed", and "Concealed" information, rights, and fairness to the court that he, Robert Berke knew that these facts existed and did not disclose these facts to the court, but failed to recognized or present these sets of evidence, facts, and relevant information for a judicial bribe, and a chance that he can make more money doing the corrections on an Appeal. He never came to court with "Open & Clean Hands"; and sabotaged all my cases! He deliberately concealed the truth, evidence, and knowledge from Plaintiff and further knew that these facts that were **not** disclosed to Plaintiff as required by law because he knew it would hurt the party that purchased his decision or the case from the bench! For proof, and to verify my claims, complaint, and charges; evidence was tampered with, withheld, tainted, and was **not** disclosed, for a predictive verdict with sets of judicial tactics hurt my case to lose. The trial was so one-sided, it was criminal! For proof, where are my six million dollars as stated in court transcripts that went missing and NEVER ordered to return the money? Plaintiff feels that if opposing party had any ethics, and fully disclosed the proper information, that I could been able in time to reasonably discover this "vital" information to help his side of the case.   But full disclosure was withheld! Because Plaintiff is not an Attorney, lack's experience, knowledge, and courtroom education  in legal matters, and was unable to properly investigate the true outcome of his case.  I was sabotaged to lose, set up for failure unjustly and was taken advantage of. Without proper outside legal assistance, the people are doomed or set up for failure.  This violates the Constitution, and my right to a fair trial.  I receive no equal protection, equal treatment, or equal rights. This in itself is morally and unethically a real problem with the courts today. There should be a "Citizen's Bill of Rights" to use the courts, protect the people from this dirty and unbalanced Judicial System, that is so one-sided, its criminal conduct that was designed to steal from the people!

12.    Defendant Atty ROBERT BERKE knew that he can be less than truthful to the Plaintiff in this matter for financial gain, and inability to find the outcome, information, and legal

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

documentation that he needed, was deprived and withheld from him, and even took full advantage of this fact in an attempt to defraud Plaintiff. He never asked for the information, evidence, or when the opposing party lied, he never asked for a "Clarification Hearing"!  So much for full disclosure and a fair trial! How can I even participate, when the rules, evidence, and exhibits are withheld so a person can cheat to win! Atty Robert Berke statements on record are proof that the court never reviewed the filings on record: ***"In fact, I understand that and I'm sure that the parties do. So, this not an admission on your part of which factual version of the events are correct, but this just says let's remove what we have, let's not have the future stuff."***

**[R/T Hearing with Stipulation signed by Attorney Paz, Conway, and Berke on February 2, 2009, or two days prior to the Hearing. This proves that it was a conspiracy to deny me and set me up BY my own attorney, without evidence, as he strikes a deal to plead me guilty]** So why did Robert Berke not appear at  the other case, this proves that Berke did not want to be involved in this Judicial Conspiracy and Scam that I lost because it was a case of Free Speech? Why come to court if the Judge wants to see what he wants to see for a judicial bribe, to extreme prejudice! For proof, when I lost on my "Free Speech" case, no damages were presented, opposing party never asked for compensation, but yet it was given as a "Pay-Off", and the Judge allowed almost a million dollars in sanctions? And; Without any damages? My brother was killed in jail, and my family received $400,000.00! But I was sanctioned almost a million dollars for a free Speech case? Look at the award of damages on both cases! This is how you know it was a Pay-off! The court is supposed to see "ALL" the evidence, not look the other way for financial gain! ***"The court: I understand there is a settlement. I have before me proposed order enjoining Jose Castaneda from harassment."*** This was a purchased TRO to receive a pay-off! The Court was bribed, as proved from the cases above where "Sentencing Guidelines" were also ignored! This is how you know it was a judicial pay-off! Because, how can a case of opinions be worth a million dollars with no damages and a death case be worth only $400,000.00 dollars! This is how you know the court was in on this conspiracy to sell decisions for a bribe!

      **13.**    Defendant, Judge Robert Berke indeed interfered with Plaintiffs' rights, and also interfered with plaintiff's attorney-client privileges.  Berke displayed obvious bias toward a plaintiff in his court and engineered in handling evidence against Jose Castaneda's case to lose, as in all my request of the court is always… denied!, denied!, denied!, denied! Robert Berke abused his position, his office, his power, and authority; which he was, and became an obstruction of justice.  "Judicial

Perjury" was allowed for his share of the bribe money, stating and the filing a false document by Sonia Mercado to give her a win after a bribe was paid.  For proof, I challenged the evidence, but was ignored! Our legal system is based on the fundamental principle that our courts are an independent branch of government in which fair and competent judges interpret and apply the laws that govern us through Stare Decisis, and not bribes paid to the bench.  Defendants Drewry and Miller failed by showing their bias and prejudice against Plaintiff Jose Castaneda in ALL decisions at Trial and Court Proceedings that was based  on storytelling by Mercado, Paz, Conway and Berke, this was a Courthouse was "Out of Control"!

**SECOND CAUSE OF ACTION**

**"SABOTAGING EVIDENCE" BY FAILING TO KEEP "CHAIN OF CUSTODY" BY THE COURT TO ASSIST ATTY LISA MACCARELY FOR A BRIBE TO WIN HER CASE**

**(AGAINST ALL DEFENDANTS)**

**14.**    Plaintiff incorporates paragraphs 1 through 13 of this complaint as if fully set forth herein.

**15.**    On or about December 17, 2008, Plaintiff evidence that had been provided in a list in a letter of as a contract "agreement" was also signed with the Law Office Jack K. Conway; Now Disbarred with evidence that was to have been entered with the court, but was withheld by Defendant Jack Conway for a bribe and greed; proven by his Disbarment! Plaintiff had an abundance of evidence to reach a favorable verdict in each and all of his cases; but lost because it was submitted into the court as evidence; I lost the Case! I object. But Defendants for a judicial bribe (Penal Code 67 & 68) INTENTIONALLY IGNORED ALL EVIDENCE ON FILE TO ASSIST ATTY SONIA MERCADO IN THIS CASE THAT WAS IN REALITY ABOUT MY FREE SPEECH, AND A RIGHT TO MY OPINIONS! Plus, the Court did NOT want me to disclose how to [rig] cases to lose!

**16.**    Defendant, Atty Jack K. Conway *(Now disbarred)* had knowledge and was provided with evidence in the matter <u>Felicitas Castaneda v. Atty Sonia Mercado</u> that was held in Department "S" at Pasadena Superior Court in 2006; that's now closed to certain cases.  The main Cause of Action and the central issue was the discovery of an "investment" made at Atty Sonia Mercado's bank that was made with monies from a settlement of Felicitas Castaneda which she NEVER received, and was supposed to be in her bank account? It has been in an alleged that 85 year-old senior citizen managed this [fake] "investment" made by her Attorneys Bank that was claimed Ms. Castaneda made over

several "telephonic withdrawals", that can't speak English, which [is] impossible and did **not** even know what an investment was, and never made any investment in her life? Does this make any sense when the money went missing at her Attorneys [own] Bank? And the court did not pursue this matter of an investment claimed by an 85-year-old lady, under heavy medication, slowly dying of cancer, calling banks to make telephonic withdraws in [only] Spanish without verifying her identity when the money went missing? Why?

**17.** Defendant, Judge RITA "SUNNY" MILLER fails to recuse herself because the Judge knew the Parties, and should step down, or step aside from this lawsuit which violates my rights. When I discovered that [now] Defendant Judge Miller and Defendant Atty Paz had a "Conflict of Interest" issue in that they both participated in Loyola Law School symposium years earlier and should have disclosed this information. By law and under Ethics, the Judge should have recused themselves when they knew the parties in her court. It was clear and evident that the decisions made by Judge Rita Miller were tainted, bias, and since she was not impartial, her decision is tainted, and it is in clear violation of the "Fruit of the Poisonous Tree Doctrine" for not being forthcoming and Transparent! If this is not true, why wasn't this affair placed out into the open, when court was in secession and disclosed as required and prescribed by law? And why wasn't this disclosed to [all] parties in court, prior to the start of my trial; to prove I was being Judicially Screwed? I realized I lost, before the case was even started!!!

This inaction to recuse herself by Judge Rita Miller and sudden having "Judicial Memory Loss", "Judicial Blindness"; and to set Plaintiff in a "Position of Compromise" to sabotage his case and sent my case in a spiral set(s) of events which included the filings by Counsel for The Ramirez, Lisa Marie MacCarley, Defendant in this action, Such as) The Declaration of Susana Castaneda of a visit on January 4, 2008 of "visiting" Felicitas Castaneda at a Hospital; when she was **not** at hospital, but was executing her last will and Testament. 2) The Declaration of Gonzalo Castaneda, a Mexican-National that has deportations proceedings by INS/ICE My brother, Gonzalo Castaneda DOES NOT SPEAK, WRITE OR READ ENGLISH TOO. Plaintiff informed Defendant Judge RITA "SUNNY" MILLER of the fictitious and unreliable accounts of both Declarations based on a lie, fraud, and misrepresentations to the courts to commit judicial fraud, but to steal from my cases. The court chose to ignore this false information, suppress and act on Plaintiff's claim to the detriment of his case, based on judicial prejudice, judicial discrimination, and hatred for "Whistle Blowing" on the Judicial Corruption in this Courthouse for selling decisions from the bench; verified by closing down the

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

Pasadena Courthouse of all its functions; except for Evictions and light cases! For proof, the Judge violated my rights when I was sentenced almost a million dollars, by-passing Sentencing Guidelines laid down by the State of California for a Judicial Bribe.

18.    Defendant, another dirty Judge… Judge JOSEPH F. DEVANON ignores and states on record at Trial ON PAGE 61, LINES 10 – 12: ***"THE COURT: LET'S GET TO THE LAST QUESTION, MR. CASTANEDA. WE ARE GOING TO TAKE A BREAK. WE'RE ON A FISHING EXPEDITION"*** This "Fishing Expedition comment was made by Judge DeVanon, as I was questioning and getting to the truth of Evelyn Christina Ramirez that lies about her testimony of the $112,000.00 dollars that suddenly "disappeared" from Felicitas Castaneda's bank account in a transfer of an amount of $25,000.00 dollars made to a [fake] of to "make an investment" for Felicitas Castaneda. (Why was an investment even made for my mother when we have no knowledge of making investments?) Plaintiff Jose Castaneda presented this evidence at trial. Judge DeVanon interfered, obstructed, and intentionally disrupted my line of questioning and fact finding in court.  For an "Impartial" Judge, he always sabotages my questioning every time for a Judicial Bribe, when I realized the money that was embezzled from the estate! This was an important part of court trial as Evelyn Ramirez ADMITS that an "investment" is still in some account that belongs to the Estate of Felicitas Castaneda; that no one made and didn't know how?

19.    Defendant, Charles Chuck fails to supervise ALL Court Clerk as they manipulate, destroy, refuse the evidence and do not maintain the "Chain of Custody", as they were paid to destroy the case file, in case GC 042105, which includes the filing of an MC-50 that causes the violation of Jose Castaneda's Civil Rights to NOT have legal representation at trial, but was never allowed to have my Representation present as required and prescribed by law to help sabotage my case to make more money for the Attorneys! For proof and to verify this statement, where are ALL exhibits presented at Trial by Jose Castaneda that was stolen by the court to lose my cases? Who in their right mind comes to "ANY" trial in the whole United States, and never has any evidence; or your Evidence disappears? Does this make any sense? Not one exhibit, receipt, contact, taped recorded message, witness, pictures, etc. Supervising Judge Thornton claimed it was a "clerk's error" when in fact 8 documents "went" missing from the file GC045202 to be later re-inserted when case was brought before Judge Stewart at the Burbank Court, who in a clear abuse of discretion "threw" Castaneda's pleading in his direction after Disbarment of Conway. *"Take this garbage out of my courtroom"* Officer Blume witness it all.

### THIRD CAUSE OF ACTION

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

## PERJURY BY AN OFFICER OF COURT
### (AGAINST ALL DEFENDANTS)

20.     Plaintiff incorporates paragraphs 1 through 19 of this complaint as if fully set forth herein.

21.     Defendant, Judge JOSEPH F. DEVANON allows Attorney Lisa MacCarley to stipulate at Trial on February 22, 2010 the following: ***"I WAS NOT REPRESENTING MISS RAMIREZ AT THE TIME, SO OBJECTING ON THAT GROUND."*** The Court will take Judicial Notice of evidence presented at trial that was suppressed "intentionally" to assist Atty Lisa MacCarley that was made reference to this issue on Page 67 and 68, of a letter of Lisa MacCarley sent to Atty Chad T-W Pratt "settling" a prior case for a Quiet Title, Conversion, and Fraud. It contains the following statement or an admission of "Guilt" because her clients stole from my mother's estate: ***"HAVING SAID THAT MY CLIENTS WILL AGREE TO TRANSFERRING THEIR INTERESTS IN THE REAL PROPERTY TO 1377 RUTAN WAY, PASADENA, IF THAT IS WHAT MRS. CASTANEDA DESIRES."*** [SEE EXHBIT ON FILE GC 042105 Letter of Atty Lisa MacCarley to Atty Chad T-W Pratt] Your Honor, they illegally took the property which is Grand Theft, under Cal. Penal Code 487, which is a Felony, and the court allows this Criminal Act in its presents without a D.A. Referral? I object! And, a crime committed in the court's presents? What kind of Court is this? And then when they are caught, will the Perpetrators "Transfer" the property back to the estate? **Who agrees to transfer's back property; if it is theirs?** This proves it was Judicial Theft! This is also a confession, or admission of guilt! Your Honor, Atty MacCarley was involved to make more money when my family took the property and was never disciplined by the court for a bribe! For proof, my relatives are not that smart, and Atty MacCarley kept on making monies from my families stupidly constructively stealing from the cases, by giving illegal and wrong legal advice to make more money as a Court Appointed Thief who was an Attorney in the case! So, she could profit too, which is Solicitation under Penal Code 653(f) by Atty MacCarley and the court! The court was involved because it never corrected the situation and looked the other way for a bribe! If this is not true, why didn't the court order the correction and property to be returned to the rightful owners or the estate; that was NEVER DONE!

The Court will further take Judicial Notice of the letter's subject as "Castaneda v. Castaneda Case No. GC 039459." When Atty Lisa Marie MacCarley stipulation on Page 68, Lines 2 and 3: ***"I WAS NOT REPRESENTING MISS RAMIREZ AT THIS TIME, SO OBJECTION ON THAT GROUND".*** This is NOT true, and another of many lies to the courts! This is Judicial B.S.! IF Lisa

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

MacCarley was not representing Miss Ramirez in this case, why is Atty. MacCarley sending this letter to Atty Chad T-W Pratt "settling" the case by returning the property that was stolen and taken from Mrs. Felicitas Castaneda illegally  and a multiple checks for $5,000.00 of the $112,756.32 taken from my own mother's account before her death of my mother Felicitas Castaneda? If Atty Lisa MacCarley was **not** representing Miss Ramirez as she claims and states, in case GC 039459 Quiet Title, why did Lisa MacCarley STIPULATED, AND **"LIED"** AND KNOWINGLY LIED TO THE COURT, by COMMITTING PERJURY AT TRIAL! DEVANON: *"HE NEVER CONTACTED THE COURT"* Meaning Attorney Emahn Counts. MACCARLEY: *"I NEVER HEARD FROM HIM EITHER"* Attorney Counts confirmed a Fax as MC50 was sent to MacCarley on 2-19-2010 at 9:40 am. She lied!

And the court allows this type of negative and criminal behavior by one of its Officer of The Court; to get their cut of the Action! The Military tells its Supervisors to lead by example! In your court, you lead by example too, where the best Thief Wins! Because so far you allowed Theft, Embezzlement, and Perjury in your dirty courts; proven by closing them down in the Pasadena area! And the courts allow her to keep on lying in court? Why is this allowed? There is never any proof to verify anything as my evidence and Exhibits proves Atty McCarley is a Big Liar; and can't be trusted! Nothing is ever Certified or Verified by law; or even proven! And the Court allows this over and over, looking the other way for a Judicial Bribe! More theft and crime are committed in the Pasadena, LA court of law than in a State Prison where all the Criminals are housed and kept!

22.     On November 15, 2007, Defendant Atty Lisa Marie MacCarley sends a Nurse Jim Schneiders and Office worker Yolanda Rivero as "Translator" that is **not** certified by the courts to translate, to hide her theft from my mother's account. Attorney MacCarley sends Nurse and Office worker to the Hospital bed at Huntington Hospital in an attempt to label Felicitas Castaneda as "insane" and "in need of a Conservatorship" to **"invalidate"** Felicitas Castaneda's Last Will and Testament executed on January 4, 2008. This was done to hide the fact they; MacCarley's Clients took monies illegally from my mother's bank account. This happened <u>a month before all of Mrs. Castaneda's children suddenly appeared after being absent for years since 2005, and never visited her until she was slowly passing away to take my mother's property and all her assets.</u> This proves that Atty Lisa MacCarley had knowledge that Felicitas Castaneda did not speak, write, or read English; just by the fact that Yolanda Rivero was sent to "translate" the questions presented illegally by Nurse Schneiders without her attorney Chad T-W Pratt who was NOT present at the illegal questioning, and without a certified translator as required by law! This proves the "Act" to commit Theft, and cover

their tracks of Embezzlement and Theft, because my mother was already under heavy medication, and you send people to "Invalidate" my mother's own will on her death bed, slowly dying of cancer without her Attorney present! How low can Attorney MacCarley get to steal from a person dying and under heavy medication and making her sign legal document in English, right before her death when she ONLY speaks Spanish! And this court allows this type of negative and criminal behavior, because it never orders the property to be returned for a judicial bribe when the Judicial Theft occurred! Again, this is a reflection of the integrity of the court and its values. To steal from parties and ruin lives!

23.      In case BC 402096, Atty Mercado v. Castaneda, Attorney JACK K. CONWAY (disbarred) and Atty LISA MARIE MACCARLEY "conspired" to Milk this case to steal all the assets by keeping the case in the court system for years for Personal and Financial Gain and to get Unjust Riches and Rewards. The Attorneys presented a [fake manufactured] declaration of Susana Castaneda of a fictitious visit to see mother at hospital when this declaration was a "creative" figment of Atty MacCarley imagination, and Attorney Lisa MacCarley, again, was involved, again! For proof and to verify that Susana Castaneda, a.k.a. Susana Ramirez DOES NOT possess the skills necessary to write this declaration, let alone understand its contents, because she lacks the education and knowledge! Your Honor see the pattern from the Attorneys like Atty MacCarley. Attorney MacCartley then sends intentionally an uncertified translator to change my mother's will, when she starts stealing from her clients who was under heavy medication in the Hospital, and now she is writing fraudulent declarations for my sister Susana Ramirez! Susana Ramirez signed this false declaration, steals from my mother's estate, then to get assistance in covering the theft and plundering of monies from the Estate of Felicitas Castaneda. Susana and brothers, with Atty MacCarley help and bad legal advice to commit theft, was so she could steal from my mother's bank account when she had my mother's bank account! Be advised, there are millions missing from the Estate of Felicitas Castaneda, as Attorney was behind the scenes manipulating my family to steal from my own mother, so she could take the money too, and then blame it on someone else!   *"APPARENTLY LUIS LEFT MILLIONS IN HIS ESTATE….."* Sonia Maria Mercado presented this lying statement to my brothers so she make more money and cover her theft from my mother's own bank account, who in turn sued me in 2003; when the trial was held in Department "P" based on a lie to cover Mercado's theft from my mother's account, and put and shift the blame on me! She NEVER called the Police on me! Why, if she claimed I stole it! Over 300 exhibits were presented that proved I DID NOT "DEPLEATED" all these millions from the Estate, no District Attorney Referral for prosecution was made, but the dumb Judge NEVER ordered the Money

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

returned; that the Attorney claimed I stole. I object; why if I stole it? Atty Sonia Mercado, like Atty Jack K. Conway, (Disbarred) Atty Lisa MacCarley ARE all liars, co-conspirators, and perjurers in the courts, and the court judges ignores the Judicial Theft for his cut of the money or his share of the bribe because nothing is questioned or verified, and never ordered to return the property until it cleared Probate Court! But, [if] the property was stolen; it can NEVER clear probate due to the Judicial Mafia!

24.     In Case GP 013952, attorney Sonia Maria Mercado files a declaration on December 3, 2008 with the following statement: ***"I NEVER HAD ANYTHING TO DO WITH HOW MRS. CASTANEDA SPENT HER SETTLEMENT MONEY, HAD NO INVOLVEMENT WITH WHERE SHE INVESTED HER MONEY OR WHAT SHE DID WITH IT."*** [SEE DOCKET; yet it was done at Mercado's Bank located at 630 Figueroa Street and Law Offices at 777 S. Figueroa Street!!!]

25.     In Case BS 118244, Atty Ivan Shomer stipulates on court Record on January 13, 2009: ***"MR. SHOMER: GOOD MORNING, YOUR HONOR. IVAN SHOMER STANDING IN FOR JACK CONWAY WHO WILL BE MR. CASTANEDA'S ATTORNEY OF RECORD."*** THEN Jack Conway stipulates on April 13, 2009: ***"IF WE LOOK AT THE ACTIVITY THAT HAS BEEN DONE IN THIS CASE, WE HAVE A TRO THAT WAS ISSUED ON JANUARY 13, 2009, THAT WAS BEFORE I WAS RETAINED. ON FEBRUARY 4TH, THE TRO WAS DISMISSED BEFORE EVID BY BOTH SIDED."*** Atty Conway states to a question by Judge Miller as to when he was retained for the case: MR. CONWAY ***MR. CONWAY: YOUR HONOR, I WAS RETAINED FOR THIS PARTICULAR CASE IN THE EARLY PART OF FEBRUARY, FEBRUARY 2ND, FEBRUARY 3RD.*** The court Shall take Judicial Notice of the above statements by court officers as steps are needed to hold the above Officers that intentionally lied and fabricated statements to win their cases and escape their Fiduciary Duties when they repeatedly lied to Judge(s) Miller, Saito, Dodson.

**FOURTH CAUSE OF ACTION**
**VIOLATION DUE PROCESS**
**(AGAINST ALL DEFENDANTS)**

26.     Plaintiff incorporates paragraphs 1 through 25 of this complaint as if fully set forth herein.

27.     On or about February 22, 2010, Judge Joseph F. DeVanon REFUSE that the Law Firm of Emahn Counts represents Plaintiff in this case at trial for case GC 042105, in violation of Jose Castaneda's Civil Right to Due Process, representation, to come to a purchased and predictive verdict. The conduct of Judge DeVanon to [guide] and [steer] cases to a purchased verdict violates his oath of office to protect and defend the rights of Jose Castaneda, and his family! If he was an Honest Judge,

why did he not order the funds returned back to my mother, or at least warn the thieves in his court! Because he was one of them; and got a "Kickback" for selling his decsions! Your Honor, in the Military, they state: "if" you are not part of the solution; you are a part of the problem! This is why this case is so messed up, and now turns criminal!

28.   On or about December 17, 2008, Defendant JACK K. CONWAY was presented by Plaintiff with a letter from Atty Sonia Mercado sent to an attorney Michael R. Sohigian, 10940 Wilshire Blvd, Los Angeles, California 90024. Mr. Sohigian is the son to Judge Sohigian in the Los Angeles Superior Court.  The letter stated as fact, and verifies the following on item 3):

*"THAT AT THE TIME I REPRESENTED MRS. CASTANEDA, SHE WAS AFRAID. IN FACT, DID JOSE TELL YOU THAT FOR AN ENTIRE YEAR, MRS. CASTANEDA WAS HOMELESS BECAUSE JOSE HAD "DEPLEATED" ALL THE FUNDS".*  **[Court Docket GC 042105 filing as related case that judge Devanon; "intentionally ignored"]** This was a lie! How can my mother be "Homeless", when the bank had her account of having over $ 150,000.00 dollars in her account! Another lie in court! My mother was "never" Homeless! For proof, if she was homeless, why didn't the Attorneys who made this statement in court*; call the Police and Social Services by law!* Because it was another lie in court! *(See the pattern and practice)*

29.   Defendant JACK K. CONWAY was also presented with an Attachment from a schedule of payments for annuity of Luis Castaneda. All the funds that Mrs. Atty Mercado makes reference in letter were part of the Estate. **(See Court Docket GC 0412105 filing as Related case that Judge Devanon; "intentionally ignored" for a Kick-Back!]**

30.   Defendant Judge JOSEPH F. DEVANON DENIED PLAINTIFFS JOSE CASTANEDA AND FELICITAS CASTANEDA of Due Process rights, and fully knowing the facts of related cases. Now, he [is] no longer on the bench! *(See the pattern of Disbarred Attys; and now Judges in this case!)*

31.   Defendant JACK K. CONWAY, my former Attorney, who is presently being investigated by the State Bar of California in case 09 O 15781; and now Disbarred. The prosecutor Anthony Garcia will be completing his investigation in the next couple of months. Plaintiff will amend complaint to include facts of investigation to prove judicial corruption and when Plaintiff obtains entire case and accounting. **[See Case 09 O 15781]** Defendant [Disbarred] Jack K. Conway, Lisa   Marie MacCarley, Sonia Mercado, Samuel R. Paz, Emahn Counts intentionally violated the Cal. Bar's rule 5-220, Suppression of Evidence.

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

"*A member shall not suppress any evidence that the member or the member's client has a legal obligation to reveal or to produce.*"

**32.** Defendant and disbarred Atty Jack K. Conway created and has in his possession TWO contracts signed with Plaintiff. One contract dated January 4, 2008 and Second dated December 17, 2008. Which contract is the lie, because it is impossible to have two different contracts on the same client! He, this dirty Attorney that's disbarred created the second contract to fool and lie to the courts; to escape his liability! And the court allows this criminal behavior in [now] what becomes a dirty court! This Shows, Displays, and now proves he is a liar and a thief, and show me any Attorney in the United States that has two contracts on the same client with different dates, to lie to the courts!

33. Defendant Atty and now disbarred Jack K. Conway KNOWNGLY gave false testimony on May 8, 2009, as Judge Rita "Sunny" Miller Asked Mr. Conway, after Mr. Conway was placed under oath:

**PARTIAL TRANSCRIPTS OF MAY 8, 2009 IN DEPARTMENT 16**

COURT: YOUR DECLARATION, MR PAZ, HAS RAISED SOME QUESTIONS ABOUT SOME THINGS, AND YOUR DECLARATION DOESN'T REALLY COVER SOME OF THE THINGS THAT HE'S RAISED, SO FOR ME TO UNDERSTAND WHAT HAPPENED HERE, I NEED TO ASK A COUPLE OF QUESTIONS.

**JUDGE MILLER: "WHEN WERE YOU RETAINED FOR THIS CASE?"**

MR. CONWAY: "YOUR HONOR, I WAS RETAINED FOR THIS PARTICULAR CASE IN THE EARLY PART OF FEBRUARY, FEBRUARY 2ND, FEBRUARY 3RD"

Your Honor, Judge in Oregon Court, IF Mr. Conway was retained on February 2, February 3, and then WHO hired Attorney Ivan Shomer to appear for me case BC402096 on January 13, 2009? Was it the Court or Disbarred Atty Conway who hired him? See the Judicial Corruption in this courthouse, that becomes a Judicial Whorehouse proven by the shutting down of the Pasadena Courthouse when the population is climbing in this area?

**FIFTH CAUSE OF ACTION**
**EXTRINSIC FRAUD ON/BY THE COURT BY ALL DEFENDANTS TO DENY JOSE CASTANEDA'S CIVIL RIGHTS**
**(AGAINST ALL DEFENDANTS)**

**34.** Plaintiff incorporates paragraphs 1 through 33 of this complaint as if fully set forth herein.

**35.** At all times, all Defendants had possession of all evidence that included the statements

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

created, fabricated, designed in our courts by all the attorneys in the above. The statement by Atty Samuel R. Paz illustrates and proves that "illegal" activities took place as all attorneys "gamed" or "Conned" the corrupt court system to obtain a predictive or purchased verdict $996,002.45 from the courts on an Entry of Default, and on a Free Speech Case?. Atty Samuel R. Paz stipulates: *"HE FORCED OUR HAND, WE JUST DID WHAT WE HAD TO DO TO GET HIS ORDER."* Again, this statement illustrates the actions by the attorneys mentioned in this lawsuit. Mr. Paz further states: *"FIRST, THERE NO QUESTION THAT THEY ARE THE PREVAILING PARTY. ABSOLUTELY NO QUESTION. EVERYTHING WE ASKED FOR IN THE ORIGINAL PETITION IS IN THE STIPULATION AND THE COURT'S SIGNED THE ORDER."*

36.    At all times, all Defendants and the Los Angeles Superior Court allowed Ivan Shomer to appear for me, without a contract, without payment, and without the REQUIRED MC-50 COURT FORM, to go into judge's chambers, to strike a deal without ever consulting me his [own] client, and "settle" and continue a Related Case, BUT in *Ramirez v. Castaneda*, by the DEFENDANT JUDGE JOSEPH F. DEVANON whose off the Bench, That REFUSES THAT THE LAW FIRM OF EMAHN COUNTS REPRESENT JOSE CASTANEDA. Is this legal; and I object? If I hire an Attorney, can the court refuse my Representation as guarantee by the Constitution for "any" reason? It is clear, that the rules are **not** enforced of the following, that the Law is what the Justice presiding on the bench feels the law is, after payment was made as a judicial bribe with extreme prejudice. Jose Castaneda NEVER had a chance to fully conduct and exercise his rights at trial to confront disbarred attorney due to a bribe paid to the bench; but NEVER had a chance like Officers Blume's cases too. *(See the pattern)*

## SIXTH CAUSE OF ACTION
## VIOLATION OF 42 U.S. CODE SECTION 1983 OF PLAINTIFF AGAINST ALL DEFENDANTS, ESTATE OF ROBERT BERKE, RITA MILLER, ANTHONY B. DREWRY, JOSEPH F. DEVANON, LISA MARIE MACCARLEY ESQ., EMAHN COUNTS ESQ., SEVAG NIGOGHOSIAN ESQ., CHARLES "CHUCK" LOVE COURT MGR., SUSANA CASTANEDA / SUSANA RAMIREZ , SAM PAZ, SONIA MERCADO, JACK K. CONWAY, IVAN SHOMER AND DOES 1-10
### (AGAINST ALL DEFENDANTS)

37.    Plaintiff refers to paragraphs 1 through 36 above and incorporates them by reference herein as though fully set forth.

**38.**    This action arises Title 42 of the U.S Code, § 1983, the 8th and the 14th Amendments of the United States Constitution, and common law principles and practices that are illegal herein.

**39.**    As set forth in the above, Plaintiff was subjected to deprivation of rights for financial gain by Defendants stealing using the courts, acting or pretending to act under the Color of Law and of not following the statutes, ordinances, regulations, customs and usages of the Law of United States, State of California, with my rights included, but not limited to, privileges and immunities secured to Plaintiffs by the Constitution and laws of the United States. By reason of the series of aforementioned acts, the individual Defendants and Does 1 – 10, have violated the constitutional rights in-conjunction of a crime of the Plaintiffs rights which are protected under the 8th and 14th Amendment's prohibited against depriving a person of a right to be [honestly] represented in a court of law, by now disbarred attorney Emahn Counts. This violated my Due Process Rights of the law. Plaintiffs allege and charges that this wrongful / illegal / criminal conduct of the individual Defendants and Defendant Does 1 – 10, legally caused Plaintiffs' general and special damages as allowable pursuant to federal law in the "Highest" amount according to proof and damages or what the court deems as necessary, along with a special request for a Bill Of Rights to use the courts, properly; so this Judicial Scam can't happen to anyone else! Requesting a Judicial "Check List" to be submitted with our complaint to the court and make sure our rights are not violated in the Bill of Rights to use the courts!

**40.**    At all times herein mentioned Defendants and Does 1 – 10 acted with a deliberate indifference to allowing Plaintiffs' representation by counsel Emahn Counts at trial of February 22, 2010 for a predictive and engineered verdict where according to Atty Lisa Marie MacCarley, Jose Castaneda presented "no evidence" at trial, none, nothing! As a result, thereof, Plaintiffs suffered damages as set forth herein and Plaintiffs are further entitled to an award of Extra Ordinary Punitive Damages by applying judicial fraud "tactics" to just lie and then to denied in the courts! Who comes to court with no evidence; and this [is] nuts and what the parties want the higher courts to believe!

**41.**    By virtue of the provisions of 42 U.S.C. Section 1988, Plaintiffs are entitled to and demand an award of reasonable attorney's fees, pain, suffering, his home being sold by the courts, homeless, and costs according to proof established to prove my claims, complaint, and charges.

### SEVENTH CAUSE OF ACTION
**VIOLATION OF 42 U.S. CODE SECTION 1983 OF PLAINTIFF AGAINST DEFENDANTS, RITA MILLER, ANTHONY B. DREWRY, JOSEPH F. DEVANON [off bench since 2011], LISA MARIE MACCARLEY ESQ., EMAHN COUNTS ESQ., SEVAG NIGOGHOSIAN ESQ., CHARLES CHUCK COURT MGR., SAM PAZ, SONIA MERCADO AND now disbarred Atty. JACK K.**

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

### CONWAY AND DOES  1-10
### (AGAINST ALL DEFENDANTS)

**42.**      Plaintiff restates, affirms and reiterates Paragraphs 1 through 41 of this complaint and incorporates them herein by reference, and special circumstances to interrupt, interfere, intrude, by throwing away my court file to make it harder to Appeal, to protect the dirty Justices on the bench for crimes against plaintiff of Special Circumstances of "Mental Terrorism". *(Your Honor they tried to sell my house from underneath me, illegally! And retaliated for Whistle Blowing! In addition, Attorney Anderson moves to State of Oregon after stealing Property from Probate GP003849)*

**43.**      At all times herein mentioned Defendants Judge Joseph F. DeVanon, now off the Bench,  and Court Manager Chuck Love maintained a de facto unconstitutional informal custom or pattern and system of permitting, ignoring, and condoning staff to break the law, rules of the court, policies, and illegal procedures by staff manipulating the document(s) to be filed in Case GC 042105 or the Substitution Of Attorney, MC-50 form as required by law, which was filed as 2-22-2010 and entered on 2-24-2010 to allow the Judicial to take place. *(Which date is the correct dated of filing? You can't have two dates on one document!)* And which date is the lie, since you can't use both!?

**44.**      At all times Defendants Judge Joseph F. DeVanon; whose off the Bench had a "Fiduciary Duty" to instruct their subordinates to prevent similar acts to other persons, but failed to take steps to violate the rights of the people, and did **"Not"** properly train, supervise, investigate or instruct clerks to stop this practice for his share of the illegal profits, and as a result, Plaintiffs were harmed in the manner that resulted in Plaintiffs losing case(s), life-style, and made him homeless. The manipulation, construction, and engineering of documents filed, entered in court is a common practice violating the "Chain of Custody Doctrine" as well as the cancelation of hearings for persons representing themselves, and never giving you notice.

**45.**      At all times Defendant Joseph F. DeVanon who is off the Bench had a Fiduciary Duty to protect the Constitutional Rights of Plaintiffs by permitting a Continuation to be used as requested by Plaintiff to clarify….  WHY Emahn Counts **did not show up,** but "Instead", hired Attorney Sevag Nigoghosian, in a "bait and switch scam" used in all courts in the state of California to engineer the case for a purchased and predictive verdict. This series of illegal act(s) must be stopped, because it caused irreparable harm and prejudice of the Plaintiffs cases at trial. See "Bait and Switch" in BS 118244! **We the People demand a Filer's Bill of Rights to stop the systemic court corruption**.

**46.**      At all times Defendants Judge Joseph F. DeVanon, who was kicked off the Bench and

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

Atty Lisa Marie MacCarley "engineered" for a 1st Continuation in case after denying Plaintiffs through the "Discovery" Process of Motions filed for the January 26, 2010 hearing. (Objection; Why?)  Again, the record shows and displays that all pleadings, motions, objections filed by Plaintiff were "Denied", "Denied", and "Denied" by Judge Joseph F. DeVanon confirming bias, prejudice, discrimination, and extreme hate because I was **not** white, smart, and was very poorly represented by an attorney that I could not afford, but then who sabotages cases to make more money doing your Appeal, and I am financially ruined through all these cases filed by attorney MacCarley, Mercado and Paz, as agreed "In a Conspiracy" to retaliate against me for "Whistle Blowing" on the selling court decisions, by the sabotaging of cases in court for a bribe.

### EIGHT, NINE AND TENTH CAUSE OF ACTION

### VIOLATION OF 42 U.S. CODE SECTION 1985, JUDICIAL CONSPIRACY, TITLE 18, 241 & 242 OF PLAINTIFF AGAINST DEFENDANTS, RITA MILLER, ANTHONY B. DREWRY, JOSEPH F. DEVANON, LISA MARIE MACCARLEY ESQ., EMAHN COUNTS ESQ., SEVAG NIGOGHOSIAN ESQ., CHARLES CHUCK COURT MGR., SAM PAZ, SONIA MERCADO, AND now disbarred attorney JACK K. CONWAY AND DOES  1-10

### (AGAINST ALL DEFENDANTS)

**47.**    Plaintiff restates, affirms and reiterates Paragraphs 1 through 46 of this complaint and incorporates them herein by reference, and special circumstances to interrupt, interfere, intrude, by throwing away my court file, to protect the Justice on the bench for crimes against plaintiff.

**48.**    Plaintiff wants to show and display to all the courts that a Civil case in a court of law that has turned criminal in nature all for a bribe to the justice on the bench, which is also conspiracy to violate my rights.

**49.**    Plaintiff wants to tell, inform, and notify the court that the Courts in California NEVER use Sentencing Guidelines, which proves and displays that the Court is taking bribes and stealing from the people. For proof, I was sanctioned almost a million dollars and then I had six million dollars that I cannot find anymore. Can you help PLEASE me clarify these main points that ruined my life and caused me irreparable harm? These statements of the millions being part of the Estate were made in open court of law to win their cases by the opposing party. Yet, Judges Miller, Drewry, or  DeVanon never asked  for any proof, certification, or verification and accepted nothing but Judicial Lies by attorneys for bribe.

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

50.     Plaintiff would like to advice and inform the court of two statements that affected the Plaintiffs by attorney Samuel Richard Paz and Attorney Sonia Maria Mercado. Paz stated that I forced his hand. How? Then. Atty Sonia Mercado stated in open court that my brother Luis left millions in his Estate! Please help me to find the millions of dollars, as stated in court, left by my brother. If you can't help me find the millions of dollars and you cannot find them, can you please grant me the millions back in a judgment that was in the court's custody?

51.     Plaintiff would like to be advised, and inform the court of the "defective" Proof of Service submitted by Atty Sonia Mercado and Samuel Paz in the following filings for dates to lose:

**03/24/2010**          Request          to          Enter          Judgment
Filed by Attorney for Pltf/Petnr

**03/24/2010**     Miscellaneous-Other     (STATEMENT     OF     DAMAGES     )
Filed by Attorney for Pltf/Petnr

**03/23/2010** Miscellaneous-Other (PLAINTIFFS RESERVATION OF RIGHT TO SEEK PUNITIVE DAMAGES          ON          DEFAULT          JUDGMENT          )
Filed by Attorney for Pltf/Petnr

**03/23/2010**     Declaration     (DECLARATION     OF     SONI     MERCADO     )
Filed by Attorney for Pltf/Petnr

**03/23/2010** Declaration (DECLARATION OF R. SAMUEL PAZ IN SUPPORT OF DEFAULT JUDGMENT                                                                    )
Filed by Attorney for Pltf/Petnr

**03/22/2010** Notice (PLAINTIFF'S NOTICE OF FILING SONIA MERCADO & ASSOC. CIV 100 FORMS                                                                           )
Filed by Attorney for Pltf/Petnr

**03/22/2010** Miscellaneous-Other (PLAINTIFF'S RESPONSE TO OSC RE DEFAULT JUDGMENT )
Filed by Attorney for Pltf/Petnr

**03/22/2010**     Partial     Dismissal     (with     Prejudice)     (DOES     1-10     ONLY     )
Filed by Attorney for Pltf/Petnr

**03/22/2010** Miscellaneous-Other (PLAINTIFF'S BRIEF SUMMARY OF THE CASE IN SUPPORT OF                    DEFAULT                    JUDG.                    )
Filed by Attorney for Pltf/Petnr

52.     Plaintiff demands this Court to examine the Judgment filed by the Court on the date below, Judgment was to be granted AFTER the Court were to review for the "Completeness" of the premature Entry of Default where Plaintiff was to have received sanctions. The Court never checked, nor reviewed the COMPLETENESS of documents filed by Attys Paz and Mercado because the court received a bribe; so, they can win their cases!

**03/24/2010** Judgment Filed by Court

53.   Plaintiff demands this court to evaluate the "uniformity" of the law as was applied in case BC 402096 Mercado v. Castaneda and GC 042105 Ramirez v. Castaneda. Why will the court allowed a complete stranger, Attorney Shomer or Attorney Berke not on File, to come into a Court Proceeding for Atty Mercado v. Castaneda without an MC 50 SOA, or representation form, and in the latter case, Ramirez v. Castaneda GC 42105, and then Judge DeVanon would not allowed Emahn Counts to represent me at trial, clearly, my representation was hired by the court in the first case and lost, and in the second case, I was not allowed representation, that I hired on February 11, 2010! Why can the court allow who represents Parties? It makes no sense also that I had no evidence for either case! If the fixing of a boxing match or horse racing is illegal, so the interfering of a Judicial Process to come to a Predictive Verdict such as these two cases allowed. In Closing, the statement by Atty Mercado: "apparently Luis Left Millions…" ruined my life! Please help me find the millions missing in the court to be able pay Atty Mercado the almost One Million Dollars awarded illegally by the court; which was really a payoff.

54.   Plaintiff demands Magistrate Judge Steve Kim, Central District Court, do Full Disclosure in his handling of Federal Civil Complaint Estate of Castaneda cases: 18-cv-06795-FMO-JCx and 19-cv-00736-(PAA-Max) Bait & Switch tactic to set up to lose and violation of Consent Rights by all parties, and Title 28, USC §636(c )(3) Et Seq. as well as "Identical Rule" by submitting Order and Recommendation after his assignment and Ex-Parte Communication with Atty. Overton. I declare under the penalty of perjury that everything contained in this legal document / complaint to be truthful to the best of my knowledge.

Date: June 21, 2021

_Jose Castaneda, aka, James Blume USMC_

**VERIFICATION  ( C.C.P. 446 AND 2015.5)**

I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true. I am the Executor of the Estate of Luis Castaneda and Felicitas Castaneda and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

Date: June 21, 2021

Jose Castaneda, AKA, James Blume USMC

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS

**WHEREFORE**, Plaintiffs pray for judgment against **ALL** Defendants and each of them as follows:

**1.**     For Court Fees as provided by law.

**2.**     For costs of the suits GP013531, GP003849, GP013952, GC 042105, GC039459, GC039473, GC039743, BS 118244, BC 402096, GC047300 and BC466737 or a total of $1, 955,000.00.

**3.**     For a "Work Production Order" in GP013952 filed by **Disbarred Attorney** and GP003829 filed by Attorney Jan Walls Anderson and appraised at **2.3 million** to prove judicial fraud; and release of file which includes all contacts between  Counsels Samuel R. Paz, Sonia Mercado, Robert Burke, Lisa Marie MacCarley, Emahn Counts, Sevag Segogoshian, Ivan Shomer, Disbarred Attorney Jack K. Conway and Jan Walls Anderson, who resigned the practice of law in Oregon where she moved with the Estate property that included a $450,000.00 as she falsely claimed there was no property on hand for distribution. The Fraud has been uncovered on July 11, 2019 by Court Clerk Greg Blair surrendering a Lost Volume of GP003849!

**4.**     For Damages by all Defendants in pursuing a Pseudo VL that was denied by Court of Appeals in BC402096, The $996,002.45 intended to "silence" Plaintiff for exposing the Widespread Systemic Court Rampant Epidemic of Corruption.

**5.**     For punitive damages, for Jack K. Conway to be placed under oath and answer for questions above as well as surrender all filed in his possession purs. to CA Supreme Court Rule 9-20.

**6.**     For such other and further relief as the court may deem proper and just.

**7.**     For the impeachment of Jack Kenneth Conway, Lisa Marie MacCarley, Sonia Maria Mercado, Samuel Richard Paz, Ivan Shomer, Emahn Counts testimony presented in cases in Los Angeles Superior Court, Stanley Mosk above listed.   Or, Your Honor, as they say in the Military… to Put up or Shut Up! Produce their evidence that's **not** manufactured to support the lies in court that "Forced" me to lose my case. Let's start with the testimony of 6 million in Buelna v. Castaneda 2005! Respectfully Submitted,

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 21, 2021

Jose Castaneda, aka James Blume USMC
Per Court Order "10/0213" Judge Daniel J. Buckley Dept 1

NEW MEXICO COMPLAINT FOR CIVIL RIGHTS AND FINANCIAL ELDER ABUSE OF FELICITAS



# The Superior Court

111 NORTH HILL STREET
LOS ANGELES, CALIFORNIA 90012
CHAMBERS OF
SAMANTHA P. JESSNER
ASSISTANT PRESIDING JUDGE

TELEPHONE
(213) 633-0400

May 27, 2021

Jose Castaneda
596 Douglas St.
Pasadena, CA 91104

Re:   Your Letter Dated April 8, 2021, Received April 13, 2021; Los Angeles
      Superior Court (LASC) Case No. 20STRO00411, *MacCarley, Lisa v.
      Castaneda, Jose*

Dear Mr. Castaneda:

The Office of the Presiding Judge is in receipt of your letter and supporting documents dated April 8, 2021, and received by this office on April 13, 2021. Including attachments, your letter is 67 pages.

Your letter is regarding the conduct of Hon. Gary D. Roberts on February 13, 2020, while presiding over Los Angeles Superior Court (LASC) Case No. 20STRO00411, *MacCarley, Lisa v. Castaneda, Jose*. Your letter states, in pertinent part:

- Judge Roberts exhibited bias against you "for being Mexican, nonwhite, and dark color skin."
- Judge Roberts' demeanor "was that of a Prosecutor as [you were] interrogated and questioned" by him.
- You believe Ms. MacCarley had ex parte communications with Judge Roberts prior to the hearing.
- The hearing was "in the wrong Family Jurisdiction" because you and the petitioner were not married and it was "Judicial Fraud" for the TRO to be filed and decided in the Family Law Courts.
- The court clerk withheld the peremptory challenge you submitted and did not file it until February 18, 2020.
- Judge Roberts failed to ensure your rights or prevent misuse of judicial resources and engaged in on-bench abuse in performance of his judicial duties.
- You are also "seeking to recover the property of the Estate of Castaneda."

My authority in responding to letters received by this office is limited to determining whether another judicial officer within the Los Angeles Superior Court has potentially violated the Code of Judicial Ethics. I have no authority to address any issue you assert that does not allege judicial misconduct by a current Los Angeles Superior Court judicial officer. Therefore, I will not address any of the allegations your letter asserts regarding Hon. Joseph DeVanon (Ret.) as he is retired.

Further, I have no authority regarding any alleged professional misconduct you assert was committed by any attorney involved in your proceedings. Any complaint regarding the conduct of an attorney must be directed to the appropriate office or agency with oversight and investigatory authority. I am able to inform you that the State Bar of California is responsible for the investigation of claims of professional misconduct against attorneys licensed to practice law in California.

Jose Castaneda
May 27, 2021
Page -2-

While I understand your disappointment with rulings or outcomes that were not favorable to you, to the extent your letter seeks any intervention as to such rulings or outcomes that have been issued, I cannot assist you. All judicial officers of the Superior Court are independently appointed or elected and have equal authority. A complaint letter does not allow me to evaluate the legal sufficiency of any ruling issued by another judicial officer or if the exercise of judicial discretion was correct. While you may disagree with the legal basis of the decisions issued in your case, the only proper means to challenge such decisions is by the filing of a motion at the trial court level or by an appeal, if such relief is available to you. A complaint letter cannot substitute for that process or excuse any deadlines you may face to submit such a request.

Also, to the extent your letter addresses any complaint regarding your probate proceedings I will note that you previously have submitted over 50 letters to this office regarding these proceedings. On November 7, 2019, Presiding Judge Eric C. Taylor, at that time Assistant Presiding Judge, informed you that given the volume of your submissions over the years and due to the Court's exhaustive treatment of your complaints that there would be no further responses to your correspondence regarding the probate matters. Your current letter does not assert any allegations regarding the probate proceedings that have not been previously asserted and therefore I will not address these allegations further in any manner. To the extent your letter concerns the probate proceedings I am ordering this office's review of the matter closed.

Nonetheless, to the extent your letter asserts a possible violation of the Code of Judicial Ethics by Judge Roberts, I have referred your letter to Hon. Lawrence P. Riff, Supervising Judge of the Family Law Courts, for investigation and response. I have asked Judge Riff to respond directly to you once his investigation into possible judicial misconduct by Judge Roberts is complete. Thank you in advance for your patience in awaiting Judge Riff's investigation and response.

Additionally, to the extent your letter asserts possible misconduct by a Los Angeles Superior Court employee based on your allegation that the court clerk withheld the peremptory challenge you submitted on February 13, 2020, and did not file it until February 18, 2020, I have referred your letter to Sherri R. Carter, Executive Officer/Clerk of Court. I have asked Ms. Carter to respond directly to you once her investigation into possible employee misconduct is complete. Thank you in advance for your patience in awaiting Ms. Carter's investigation and response.

Sincerely,

Hon. Samantha P. Jessner
Assistant Presiding Judge

c:      Hon. Lawrence P. Riff, Supervising Judge, Family Law Courts
        Sherri R. Carter, Executive Officer/Clerk of Court

c.   not to transmit or send e-mails, facsimiles, letters, nor serve copies of

pleadings or documents relating to this matter to any person outside this

litigation, excluding counsel who may represents him herein; and

d.   to immediately cease and desist in contacting attorneys Mildred K.

O'Linn and Antonio Rodriguez in any manner whatsoever, including by

use of mail, e-mail, telephone or through any use of the Internet.

**IT IS SO AGREED AND STIPULATED.**

DATED: February 2, 2009           Respectfully Submitted,
**LAW OFFICES OF ROBERT BERKE**

By _____
Robert Berke, Counsel for Plaintiff Sonia Mercado

DATED: February 2, 2009           Respectfully Submitted,
**LAW OFFICES OF R. SAMUEL PAZ**

By _____
R. Samuel Paz, Counsel for Plaintiff R. Samuel Paz

DATED: February 2, 2009           Respectfully Submitted,
**LAW OFFICES OF JACK CONWAY**

By _____
Jack Conway, Counsel for Defendant Jose Castaneda
aka Jose Castaneda Salazar

On May 8, 2009, Atty Paz standing next
to Conway, knew that it was impossible
for Conway to testify before Judge miller
that He, Conway was retained on "february 2,
february 3" at the hearing, in court in
dept 24 with Judge miller presiding - perjury!

**STIPULATION FOR AN INJUNCTION**   $ 996,002.45
Default Judgments!
J lost on a lie!

-4-

SUPREME COURT
FILED

NOV 2 0 2014

Frank A. McGuire Clerk

Deputy

(State Bar Court Nos. 13-O-15643 (13-O-16810; 13-O-16847))

S221442

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re JACK KENNETH CONWAY on Discipline

The court orders that Jack Kenneth Conway, State Bar Number 45061, is disbarred from the practice of law in California and that his name is stricken from the roll of attorneys.

Jack Kenneth Conway must also comply with California Rules of Court, rule 9.20, and perform the acts specified in subdivisions (a) and (c) of that rule within 30 and 40 calendar days, respectively, after the effective date of this order.

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment.

I, Frank A. McGuire, Clerk of the Supreme Court of the State of California, do hereby certify that the preceding is a true copy of an order of this Court as shown by the records of my office.
Witness my hand and the seal of the Court this
____ day of _____ 20__
Clerk

CANTIL-SAKAUYE
Chief Justice

kwiteag ⁿ    352 140 790

**1**

Oregon State Bar Regulatory Services, P.O. Box 231935, Tigard, OR 97281-1935

## In The Supreme Court of the State of Oregon

In Re:

__JAN WALLS ANDERSON__

Bar No. __080490__

Form A Resignation

RECEIVED

DEC 01 2013

REGULATORY SERVICES

State of __OREGON__

County of __WASHINGTON__ } ss.

I, __JAN WALLS ANDERSON__, being duly sworn on oath, depose and say that my residence address is: __8015 SW IOWA HILL RD__ __CORNELIUS__ (Street) (City) __OREGON__ __97113__ __503-357-6040__, and that I hereby (State) (Zip Code) (Phone No.) tender my resignation from membership in the Oregon State Bar and respectfully request and consent to my removal from the roster of those admitted to practice before the courts of this state and from membership in the Oregon State Bar.

☐ I hereby certify that all client files and client records in my possession have been or will be placed promptly in the custody of _____, a resident Oregon attorney, whose principal office address is: _____, and that all such clients have been or will be promptly notified accordingly.

☑ I hereby certify that I have no active Oregon client files.

Dated at __9:00 AM__, this __27th__ day of __NOVEMBER__, 20 __13__.

Signature of Attorney __Jan W. Anderson__

[Notary seal: NO OFFICIAL SEAL PAMELA S HENDRICKS NOTARY PUBLIC - OREGON COMMISSION NO. 480333 MY COMMISSION EXPIRES AUGUST 22, 2017]

before me this __27th__ day of __November__, 20 __13__.

Signature __Pamela S Hendricks__

Notary Public for __OREGON__

My Commission Expires: __8/22/2017__

I, Sylvia E. Stevens, Executive Director of the Oregon State Bar, do hereby certify that there are not now pending against the above-named attorney any formal disciplinary charges and no complaints, allegations or instances of alleged misconduct involving said attorney are under investigation by the Oregon State Bar.

Dated this _____ day of _____, 20 ____.

OREGON STATE BAR by __Sylvia E Stevens__ (Executive Director)

FORM A 7/05

2



Oregon State Bar

December 9, 2013

*VIA E-FILING*
Gracie Rivera
State Court Administrator's Office
Supreme Court Building
1163 State Street, N.E.
Salem, OR  97301

    RE:    Resignation of Jan Walis Anderson, Bar No. 080490

Dear Ms. Rivera:

    Attached is an electronic copy of the Form A Resignation of attorney Jan Walis Anderson. This matter is transmitted to you for the court's consideration pursuant to Rule 9.2 of the Rules of Procedure.

    This office knows of no reason why the enclosed resignation should not be accepted. Please notify this office and  Jan Walis Anderson of the court's disposition in this matter. Thank you.

             Sincerely yours,

             John S. Gleason
             Regulatory Services Counsel
             Extension 319

JSG:jb
Enclosures

cc
Jan Walis Anderson
8015 SW Iowa Hill Rd.
Cornelius, OR 97113

*3*

IN THE SUPREME COURT OF THE STATE OF OREGON

IN RE RESIGNATION OF

JAN WALLS ANDERSON,

BAR #080490,

from the practice of law in Oregon.

N004148

### ORDER ACCEPTING RESIGNATION

The Supreme Court accepts the FORM A RESIGNATION of JAN WALLS ANDERSON from the practice of law in Oregon under Oregon State Bar Rules of Procedure 9.1 to 9.3 and 12.6.

12/11/2013
1:31:18 PM
THOMAS A. BALMER
CHIEF JUSTICE, SUPREME COURT

c:  Jan Walls Anderson
    John S Gleason
    Oregon Professional Liability Fund

ssg

4

```
FILED
CLERK, U.S. DISTRICT COURT

5/20/2019

CENTRAL DISTRICT OF CALIFORNIA
BY:      CW         DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ESTATE OF CASTANEDA, et al.,                )      Case No. CV 19-0736 FMO (SK)
                                            )
                  Plaintiffs,               )
                                            )
            v.                              )      **ORDER DISMISSING ACTION AND**
                                            )      **SETTING PRE-FILING RESTRICTIONS**
THE L.A.S.C., et al.,                       )      **FOR VEXATIOUS LITIGANT**
                                            )
                  Defendants.               )
_____ )

## **BACKGROUND**

In January 2019, Jose Castaneda filed this lawsuit against the Los Angeles County Superior Court ("LASC"), two former LASC judges, and more than 10 attorneys for their alleged roles in contested state probate matters and related lawsuits decided against plaintiff. See, e.g., LASC Case Nos. GP013531, GP003849, GP013952, GC042105, GC039459, BC402096, GC047300, BC466737. But plaintiff filed a nearly identical federal lawsuit just last year that the Court dismissed as frivolous. See Estate of Castaneda, et al. v. L.A.S.C., et al., No. 2:18-cv-6795-FMO, Dkt 6 (Aug. 13, 2018). Plaintiff then appealed that dismissal, but the Ninth Circuit dismissed the appeal as frivolous. See CA9 Appeal No. 18-56199 (Dec. 20, 2018).

This case, in fact, is plaintiff's fifth attempt since 2011 to find a federal forum to challenge adverse state court decisions from contested probate matters. And in all cases, plaintiff's claims were summarily dismissed because they lacked an arguable basis in law or fact. See, e.g., Castaneda v. Judge Joseph F. DeVanon, et al., No. 2:11-cv-4968, Dkt 3 (July 7, 2011); Castaneda, et. al. v. LA and Orange County Superior Courts, et al., No. 2:12-cv-7657, Dkt 2 (Sept.

*5*

1    25, 2012); Castaneda, et al. v. Officers of the Superior Court, et al., 2:14-cv-3179, Dkt 3 (May 12,

2    2014). So, for instance, when plaintiff sought in forma pauperis in connection with his appeal of

3    the dismissal of his 2012 lawsuit, the Ninth Circuit denied the request because it found the appeal

4    was frivolous, as well. See CA9 Appeal No. 12-56906 (Jan. 24, 2013) ("Appellants' motion to

5    proceed in forma pauperis is denied because we find that the appeal is frivolous.").

6       For these reasons, plaintiff was ordered to show cause why he should not be declared a

7    vexatious litigant under Local Rule 83-8. (Dkt 37). In that order, he was reminded why this case

8    – like the four before it – cannot proceed in federal court because, among other reasons, it

9    amounts to an impermissible appeal from state court orders over which federal courts have no

10   jurisdiction. (Id. at 2). Plaintiff was given the chance to dismiss this lawsuit voluntarily to avoid

11   vexatious litigant designation. (Id.). Yet while he responded to the order to show cause – with a

12   response titled in part "Petition to Order all parties to respond in theft of Estate Property" – plaintiff

13   provided no basis to excuse his vexatious litigation history in this Court. (See, generally, Dkt 40).

14   As a result, this action must be dismissed, and plaintiff must be given vexatious-litigation

15   restrictions in accordance with Local Rule 83-8.

16                        **DISCUSSION**

17       "A paid complaint that is 'obviously frivolous' does not confer federal subject matter

18   jurisdiction." Franklin v. Murphy, 745 F.2d 1221, 1227 n.6 (9th Cir. 1984). A claim is frivolous if

19   it has no arguable basis in law or fact. See Neitzke v. Williams, 490 U.S. 319, 325 (1989). The

20   Court may thus dismiss at any time a complaint that is "insubstantial, implausible, foreclosed by

21   prior decisions . . . , or otherwise completely devoid of merit." Steel Co. v. Citizens for a Better

22   Env't, 523 U.S. 83, 89 (1998). These standards apply here because, among many other factual

23   and legal deficiencies, plaintiff's action is foreclosed by the Rooker-Feldman doctrine. See, e.g.,

24   Kougasian v. TMLS, Inc., 359 F.3d 1136, 1139 (9th Cir. 2004) (federal courts have no jurisdiction

25   over suit that is "de facto appeal" of state court decision). The Rooker-Feldman bar applies "even

26   where the party does not directly challenge the merits of the state court's decision but rather brings

27   an indirect challenge based on constitutional principles." Bianchi v. Rylaarsdam, 334 F.3d 895,

28   900 n.4 (9th Cir. 2003). For this reason alone, plaintiff's complaint must be dismissed without

1    leave to amend. See Lopez v. Smith, 203 F.3d 1122, 1128 n.8 (9th Cir. 2000) ("When a case may

2    be classified as frivolous or malicious, there is, by definition, no merit to the underlying action and

3    so no reason to grant leave to amend.").

4          Pre-filing limits against plaintiff are also needed to discourage more vexatious litigation.

5    "District courts have the inherent power to file restrictive pre-filing orders against vexatious litigants

6    with abusive and lengthy histories of litigation." Weissman v. Quail Lodge Inc., 179 F.3d 1194,

7    1197 (9th Cir. 1999). Although "pre-filing orders are an extreme remedy that should rarely be

8    used," Molski v. Evergreen Dynasty Corp., 500 F.3d 1047, 1057 (9th Cir. 2007), they are

9    appropriate when, as here, "the litigant to whom the order is issued has abused the Court's

10    process and is likely to continue such abuse, unless protective measures are taken." L.R. 83-8.3.

11    An order imposing a pre-filing restriction on a litigant must:  (1) give notice and an opportunity to

12    be heard; (2) develop an adequate record for review; (3) make substantive findings about the

13    litigant's frivolous litigation history; and (4) narrowly tailor the pre-filing restriction. See De Long

14    v. Hennessy, 912 F.2d 1144, 1147–48 (9th Cir. 1990).

15          Here, plaintiff was given notice and an opportunity to be heard. (Dkts 37, 40). No hearing

16    is required if plaintiff was given the chance to respond in writing. See Molski, 500 F.3d at 1058-59.

17    The Court has also taken judicial notice of plaintiff's long litigation history, as outlined above, in

18    both the state and federal courts. See Trigueros v. Adams, 658 F.3d 983, 987 (9th Cir. 2011)

19    (federal court may take judicial notice of state court records); United States v. Author Servs., 804

20    F.2d 1520, 1523 (9th Cir. 1986) (same for federal court records). That outline of plaintiff's litigation

21    history creates an adequate record for review. See Ringgold-Lockhart v. Cty. of Los Angeles, 761

22    F.3d 1057, 1063 (9th Cir. 2014).

23          As for substantive findings, plaintiff's vexatious litigation record speaks for itself. Based on

24    the number and content of his filings, combined with their lack of merit and duplicativeness, see

25    Molski, 500 F.3d at 1058-59, it is impossible to "discern" any motive other than "an intent to harass

26    the defendant or the court." De Long, 912 F.2d at 1148 n.3. And plaintiff's meritless, repetitive

27    suits have consumed considerable judicial resources, occupying the attention of no fewer than two

28    district judges, four magistrate judges, and two appellate court panels. See Molski, 500 F.3d at

7

1 | 1058 (considering unnecessary burden on judges and court staff as factor in vexatious litigant

2 | analysis).  The Court thus finds that plaintiff has "abused the Court's process and is likely to

3 | continue such abuse."  L.R. 83-8.3.

4 | Finally, there appear no "less restrictive options, are adequate to protect the court and

5 | parties."  Ringgold-Lockhart, 761 F.3d at 1064.  If plaintiff has not by now learned-after four

6 | dismissals at the district court level and being twice rebuffed by the Ninth Circuit-that federal court

7 | cannot be an appellate forum for adverse state court decisions, the only remaining option is to

8 | impose stringent pre-filing conditions.  Such conditions may include the posting of security for the

9 | "costs, sanctions or other amounts which may be awarded against a vexatious litigant."  L.R.

10 | 83-8.2. They may also include a "directive to the Clerk not to accept further filings from the litigant

11 | without payment of normal filing fees and/or without written authorization from a judge of the

12 | Court." L.R. 83-8.2.

13 | **This Order is not intended for publication.  Nor is it intended to be included in or**

14 | **submitted to any online service such as Westlaw or Lexis.**

15 | **CONCLUSION**

16 | Based on the foregoing, IT IS ORDERED THAT:

17 | 1. Plaintiff's First Amended Complaint (Dkt 11) is dismissed without leave to amend, and

18 | this action is ordered dismissed with prejudice.

19 | 2. Jose Castaneda, anyone acting on his behalf, and any entities controlled by him may

20 | not file suit in this Court related to the state probate matters referenced above without first:

21 | (a) obtaining written authorization from a District Judge;

22 | (b) paying the full amount of required filing fees; and

23 | (c) depositing $500 as security.

24 | 3. All pending motions and requests (Dkts 20, 21, 41, 42, 44) are denied as moot.

25 | Dated this 20th day of May, 2019.

26 |

/s/
Fernando M. Olguin
27 | United States District Judge

28 |

8

**Washington Mutual Bank**

ACCOUNT TRANSACTION HISTORY

| ACCOUNT # | ACCOUNT NAME | PRODUCT |
|---|---|---|
| 035700006246249 | CASTANEDA FELICITAS | PLATINUM SAVINGS |

| CURRENT BALANCE: | $0.00 |
|---|---|

| DATE | WITHDRAWALS | DEPOSITS | CHECK # | DESCRIPTION |
|---|---|---|---|---|
| 01/06/2006 | -$25,026.48 | | | *CLOSE DDA (INTEREST BEARING) ACCOUNT |
| 01/06/2006 | | $8.96 | | *INTEREST PAYMENT |
| 12/30/2005 | | $17.52 | | *INTEREST PAYMENT |
| 12/22/2005 | | $25,000.00 | | *TRANSFER DEPOSIT |

By and for Atty Lisa Marie MacCarley #164458
Dr. Soria Marín Mercado?
#117069



**WM financial services**
a Washington Mutual, Inc. Company

February 6, 2007

Jose Castaneda
1377 Rutan Way
Pasadena, CA 91104

Dear Mr. Castaneda:

We appreciate your patience while WM Financial Services' (WMFS) Compliance Department reviewed your concerns noted in your letter dated January 26, 2007. As you know, WMFS has previously provided you with information concerning your inquiry in letters dated December 6, 2006 and January 17, 2007. In your most recent letter, you are seeking answers to several questions related to Ms. Castaneda's account.

As the registered owner, Ms. Castaneda is responsible for managing her WMFS account. A Financial Consultant assigned to a client's account can make investment recommendations but is not authorized to do anything on the account without the account owner's authorization.

As you know, the February 2000 statement from WMFS indicates that $36,636.25 was credited to bank account no. 0877-000800450-2. However, this is the only amount from the sale proceeds that we can verify was sent to a bank account. Further, we are unable to address who at the bank is allowed to take instructions to transfer money. Please contact a representative at Washington Mutual Bank to have this question addressed.

Additionally, please refer to the investor information section on the NASD website at www.nasd.com to obtain information regarding former Financial Consultant, Christian Holt.

Lastly, the $26,636.25 redemption of the WM Flexible Income Portfolio occurred on January 28, 2000 and remained in the account. Any time an investment is sold there is a mandatory three day settlement period before the sale proceeds are made available. The earliest this amount could have been transferred from the account was on February 2, 2000.

We appreciate your business and thank you for bringing this matter to our attention. However, we have provided you with all of the information which we have available

REGIONAL OFFICE P.O. Box 19399 | Irvine, California 92623-9399
TEL 800 888 0055   URL www.wmfinancial.com

WM Financial Services (WMFS) is an affiliate of Washington Mutual, Inc. and its banking subsidiaries. Investments offered through WMFS.
NOT A DEPOSIT • NOT FDIC INSURED • NOT BANK GUARANTEED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • MAY LOSE VALUE
WM Financial Services and WM are trademarks of Washington Mutual, Inc.

10

to us.  We do not believe additional correspondence concerning this matter will be productive.

Sincerely,

WM Financial Services, Inc.

David W. Andersen
Compliance Specialist

II

02/19/2010  06:48  626-835-2964  SIERRA MADRE UPPER C  PAGE 01/01

MC-050

ATTORNEY OR PARTY WITHOUT ATTORNEY (name, State Bar number, and address):
Emahn Counts, Esq., 231368
Counts Law Firm, P.C.
70 South Lake Ave. Suite 1000
Pasadena, California 91101
TELEPHONE NO.: (626)463-7300  FAX NO. (Optional): (626)410-1166
E-MAIL ADDRESS (Optional): emahn@countslawfirm.com
ATTORNEY FOR (Name): Defendant, Jose Castaneda

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 300 East Walnut Street
MAILING ADDRESS: 300 East Walnut Street
CITY AND ZIP CODE: Pasadena, 91101
BRANCH NAME: Pasadena Courthouse

CASE NAME:
Evelyn Ramirez, et al. v. Jose Castaneda, et al.

ORIGINAL FILED
FOR COURT USE ONLY
FEB 22 2010
LOS ANGELES
SUPERIOR COURT
NORTHEAST DISTRICT

| SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order) | CASE NUMBER: GC042105 |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Jose Castaneda  makes the following substitution:
1. Former legal representative  [X] Party represented self  [ ] Attorney (name):
2. New legal representative  [ ] Party is representing self*  [X] Attorney
   a. Name: Emahn Counts  b. State Bar No. (if applicable): 231368
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
   COUNTS LAW FIRM, P.C.
   70 South Lake Avenue, 10th Floor  Pasadena, CA 91101
   d. Telephone No. (include area code): (626) 463-7300
3. The party making this substitution is a  [ ] plaintiff  [X] defendant  [ ] petitioner  [ ] respondent  [ ] other (specify):

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee

- Personal Representative
- Probate fiduciary
- Corporation

- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
Date: 2/19/2010
Jose Castaneda
(TYPE OR PRINT NAME)  (SIGNATURE OF PARTY)

5. [ ] I consent to this substitution.
Date:
(TYPE OR PRINT NAME)  (SIGNATURE OF FORMER ATTORNEY)

6. [X] I consent to this substitution.
Date: 2/19/2010
Emahn Counts, Esq.
(TYPE OR PRINT NAME)  (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)  Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2009]
SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)
Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

*I was denied due process on a lie by Judge Devanor and attry Lisa Marie Maccurley!!! 12*
*SB# 164458*

02/19/2010   06:50   626-83° 2964          SIERRA MADRE UP°°R C          PAGE  01/01

MC-050

| CASE NAME:<br>Castaneda, Jose | CASE NUMBER:<br>GC042105 |
|---|---|

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

Instructions: *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:
70 S. Lake Avenue, 10th Floor   Pasadena, CA 91101

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

(1) Date of mailing:  2/19/10          (2) Place of mailing *(city and state)*: Pasadena, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  2/19/10

C. COUNTS
(TYPE OR PRINT NAME)                                                   (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Lisa MacCarley
   b. Address *(number, street, city, and ZIP)*:
   3436 N. Verdugo Road, Suite 100
   Glendale, CA 91208
   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

   ☐ List of names and addresses continued in attachment.

MC-050 [Rev. January 1, 2006]               **SUBSTITUTION OF ATTORNEY—CIVIL**                Page 2 of 2
                                               **(Without Court Order)**

13

1  | Lisa MacCarley, SBN 164458
   | Roseann DeRosa, SBN 239969
2  | LAW OFFICE OF LISA MacCARLEY
   | 3436 North Verdugo Road, Suite 100
3  | Glendale, California 91208
   | Telephone: (818) 249-1200
4  | Facsimile: (818) 249-1238

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 22 2010

JOHN A. CLARKE, CLERK

BY GERALD BERNI, DEPUTY

5  | Attorneys for Plaintiffs EVELYN CHRISTINA RAMIREZ and ALONSO MANUEL
6  | CASTANEDA

7

8  | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  | FOR THE COUNTY OF LOS ANGELES

10

11

12 | EVELYN CHRISTINA RAMIREZ, an individual, and ALONSO MANUEL

13 | CASTANEDA, an individual,

                                      Plaintiffs,

14

                 vs.

15

16 | JOSE CASTANEDA, an individual;
   | CALIFORNIA RECONVEYANCE
17 | COMPANY, a California corporation;
   | JPMORGAN CHASE BANK, a New
18 | York corporation; and all persons
   | unknown claiming any interest in the
19 | property, named herein as DOES 1 to 20,
   | inclusive,

20

                                      Defendants.

21

CASE NUMBER: GC 042 105

Case Assigned for All Purposes to the Honorable Joseph De Vanon

[PROPOSED]  INTERLOCUTORY JUDGMENT

Trial Date:   February 22, 2010
Time:         8:30 a.m.
Dept.:        NE"S"

Discovery Cut-Off: 12/27/2009
Motion Cut-Off: None Set

Date Action Filed: 1/6/2009

22 | The above-entitled cause came on regularly for trial on February 22, 2010, before the

23 | Court, the Honorable Joseph De Vanon, Judge, presiding, Lisa MacCarley of the Law Office

24 | of Lisa MacCarley appearing as attorney for Plaintiffs EVELYN CHRISTINA RAMIREZ and

25 | ALONSO MANUEL CASTANEDA, and Defendant JOSE CASTANEDA appearing *In*

26 | *Propria Persona*. Witnesses were sworn and examined and documentary evidence was

27 | introduced on behalf of the parties. The evidence being closed, the cause was submitted to the

28 | Court for decision and, after deliberation thereon,

1

INTERLOCUTORY JUDGMENT

14

IT IS ORDERED, ADJUDGED, AND DECREED:

1.    Plaintiffs EVELYN CHRISTINA RAMIREZ and ALONSO MANUEL CASTANEDA and Defendant JOSE CASTANEDA are the owners, as tenants in common, of the certain real property located at 1377 Rutan Way, Pasadena, California 91104, and legally described as

> The North 15 Feet of lot 5 and the South 45 Feet of Lot 4 Tract No. 6546, in the city of Pasadena, County of Los Angeles, State of California, as per map recorded in Book 71, Page 76 of Maps, in the office of the County Recorder of said County;
>
> APN 5848-025-017;

Plaintiff EVELYN CHRISTINA RAMIREZ being the owner of an undivided one-third (1/3) interest in the Property, Plaintiffs ALONSO MANUEL CASTANEDA being the owner of an undivided one-third (1/3) interest in the Property, and Defendant JOSE CASTANEDA being the owner of an undivided one-third (1/3) interest in the Property.

2.    That the Property be partitioned by way of sale and the sale proceeds from the sale of the Property be awarded to the parties according to their respective interests;

3. Leon J. Owens, President of Management Advisory Resolution Services, Inc., is hereby appointed referee with full power to sell the Property and allot the sales proceeds to the parties according to their respective interests, and in all respects to do those things necessary to carry out the orders of this Court which have been previously entered and those yet to be entered, and to make a report of his proceedings to the Court.

DATED: __2/22/10__

THE HONORABLE JOSEPH DE VANON
Judge of the Superior Court

15

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within pending action. My business address is 3436 North Verdugo Road, Suite 100, Glendale, California 91208.

On February 9, 2010, I served the foregoing document described as **[PROPOSED] INTERLOCUTORY JUDGMENT** upon the interested parties in this action addressed as follows:

| | |
|---|---|
| John M. Sorich, Esq.<br>Christopher Yoo, Esq.<br>Lashon Harris, Esq.<br>ADORNO YOSS ALVARADO & SMITH, APC<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707<br>Tel (714) 852-6800<br>Fax (714) 852-6899 | Attorneys for Defendants JPMORGAN CHASE BANK, N.A. and CALIFORNIA RECONVEYANCE COMPANY<br><br>*Via United States Mail* |

(X)   **By Mail:**  I placed such envelope with postage thereon fully prepaid in the United States Mail at Glendale, California.

( )   **By Personal Service:**  I caused such envelope to be hand delivered to each of the addressees.

( )   **By Facsimile Service:**  I caused such document to be transmitted to each party listed above via facsimile on the aforesaid date.

Executed on February 9, 2010, at Glendale, California

I declare under penalty of perjury that the foregoing is true and correct.

KIM M. ORLOV

INTERLOCUTORY JUDGMENT

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within pending action. My business address is 3436 North Verdugo Road, Suite 100, Glendale, California 91208.

On February 22, 2010, I served the foregoing document described as **[PROPOSED] INTERLOCUTORY JUDGMENT** upon the interested parties in this action addressed as follows:

Jose Castaneda                                        Defendant *In Propria Persona*
1377 Rutan Way
Pasadena, CA 91104

( )    **By Mail:**  I placed such envelope with postage thereon fully prepaid in the United States Mail at Glendale, California.

(X)    **By Personal Service:**  I caused such envelope to be hand delivered to each of the addressees.

( )    **By Facsimile Service:**  I caused such document to be transmitted to each party listed above via facsimile on the aforesaid date.

Executed on February 22, 2010, at Glendale, California

I declare under penalty of perjury that the foregoing is true and correct.

_Liar a thief!_

LISA MacCARLEY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 02/22/10 | DEPT. NE S |
| HONORABLE JOSEPH F. DE VANON    JUDGE | G. BERNI    DEPUTY CLERK |
| HONORABLE                      JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| 2. | |
| R. MORALES, C.A.    Deputy Sheriff | S. BOYER    Reporter |

| | | |
|---|---|---|
| 8:30 am | GC042105 | Plaintiff Counsel    LISA MACCARLEY (X) |
| | EVELYN CHRISTINA RAMIREZ VS JOSE CASTANEDA | Defendant Counsel    SEVAG NIGOGHOSIAN (X) (NOT APPEARING FOR TRIAL) JOSE CASTANEDA (X) (IN PRO PER) |

**NATURE OF PROCEEDINGS:**

COURT TRIAL - SHORT CAUSE

Matter is called for Hearing.

Defendant's request for continuance is denied.

Defendant's motion to compel production of documents is denied. Request for sanctions is denied.

Plaintiff makes an opening statement.

Plaintiff's exhibits 1(grant deed); 2(deed dated 7/3/00); 3(grant deed dated 5/3/01); 4(grand deed dated 9/26/05); 5(deed of trust); 6(deed dated 1/14/06); 7(deed dated 1/28/08) and 8(stipulation) are admitted into evidence.

Alonso Castaneda and Evelyn Christina Ramirez are sworn and testify on their own behalf.

Defendant's exhibits A(copy of a check); B(copies of withdrawal/transfer slips); C(Letter from WM financial services dated 1/17/2007) and D(Last Will and Testament) are marked for identification only.

Plaintiff rest.

Alicia Castaneda Salazar is sworn and testifies for defendant, through the English/Spanish interpreter, Aurora Jimenez, oath on file.

MINUTES ENTERED
02/22/10
COUNTY CLERK

18

# SUPERIOR COU   OF CALIFORNIA, COUNTY  F LOS ANGELES

DATE: 02/22/10                                                    DEPT. NE S

HONORABLE JOSEPH F. DE VANON          JUDGE   G. BERNI          DEPUTY CLERK

HONORABLE                             JUDGE PRO TEM            ELECTRONIC RECORDING MONITOR
2.

R. MORALES, C.A.          Deputy Sheriff   S. BOYER          Reporter

*A LIAR!*

8:30 am | GC042105

|  | Plaintiff Counsel | LISA MACCARLEY (X) |
| EVELYN CHRISTINA RAMIREZ VS JOSE CASTANEDA | Defendant Counsel | SEVAG NIGOGHOSIAN (X) (NOT APPEARING FOR TRIAL) JOSE CASTANEDA (X) (IN PRO PER) |

## NATURE OF PROCEEDINGS:

Both sides rest. Cause is argued.

The court finds in favor of plaintiffs Evelyn
Christina Ramirez and Alonso Castandea and against
defendant Jose Castaneda.

Interlocutory judgment is signed and filed this date.

Exhibits are ordered returned to the respective
parties this date.

Superior Court of California
County of Los Angeles
111 North Hill Street
Los Angeles, CA 90012

Receipt       6Y-2020-029110B4.1
Payor:        JOSE CASTANEDA
Date:         01/29/2020
Time:         3:45 PM

CASE # GC042105
EVELYN CHRISTINA RAMIREZ VS. JOSE

Fee Preparing Copy of Any
Return/(per page) - GC70627(a)          3.00

Case Total:                             3.00

Cash          6/29/2012

Total Paid:                      3.00
Change                           0.00

Balance:                                0.00

Page   2 of 2   DEPT. NE S

MINUTES ENTERED
02/22/10
COUNTY CLERK

19

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
HOSP, LYTLE, RICHARD & GRANTERI                TELEPHONE NO.: (818) 792-2400     FOR COURT USE ONLY
1130 E. Green Street
Pasadena, CA 91106
Attn.: Marvin G. Fischler, Esq.
ATTORNEY FOR (Name): Conservator

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 300 E. Walnut Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Pasadena, CA 91101
BRANCH NAME: Northeast District

ESTATE OF (NAME): **LUIS CASTANEDA**

☐ DECEDENT   ☒☒ CONSERVATEE   ☐ MINOR

**INVENTORY AND APPRAISEMENT**

☒☒ Complete       ☐ Final
☐ Partial No.:    ☐ Supplemental
☐ Reappraisal for Sale

FILED
AUG - 8 1988
FRANK S. ZOLIN, County Clerk

CASE NUMBER: NE P 33623

Date of Death of Decedent or of Appointment of Guardian or Conservator: 3/18/88

**APPRAISALS**

1. Total appraisal by representative (attachment 1) ........................ $  252,462.06
2. Total appraisal by referee (attachment 2) ............................... $  2,131,358.30
                                                          TOTAL: $  2,383,820.26

$21,000.00

**DECLARATION OF REPRESENTATIVE**

3. Attachments 1 and 2 together with all prior inventories filed contain a true statement of ☒☒ all ☐ a portion of the estate that has come to my knowledge or possession, including particulars of money and all just claims the estate has against me. I have truly, honestly, and impartially appraised to the best of my ability each item set forth in attachment 1.

4. ☐ No probate referee is required ☐ by order of the court dated (specify):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/6/88

JOSE CASTANEDA
(TYPE OR PRINT NAME) (hereto also a corporate officer)                    ► X (SIGNATURE OF PERSONAL REPRESENTATIVE)

**STATEMENT REGARDING BOND**
(Complete if required by local court rule)

5. ☐ Bond is waived.
6. ☐ Sole personal representative is a corporate fiduciary.
7. ☐ Bond filed in the amount of: $
8. ☒☒ Receipts for: $ 221,362.06 have been filed with the court for deposits in a blocked account ☐ Sufficient ☐ Insufficient at (specify institution and location): Sanwa Bank California
   171 S. Lake Avenue, Pasadena, CA 91101

Date: August 8, 1988                        ► (SIGNATURE OF ATTORNEY OR PARTY WITHOUT ATTORNEY)

**DECLARATION OF PROBATE REFEREE**

9. I have truly, honestly, and impartially appraised to the best of my ability each item set forth in attachment 2.
10. A true account of my commission and expenses actually and necessarily incurred pursuant to my appointment is
    Statutory commission $ 9,131.36
    Expenses (specify): $   - 0 -
                        TOTAL: $ 9,131.36

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JUL 5 1988

MARSHA CLAMAN
(TYPE OR PRINT NAME)                         ► (SIGNATURE OF REFEREE)

(Instructions on reverse)

Form Adopted by the
Judicial Council of California          INVENTORY AND APPRAISEMENT         75IM23H      Rep C 800-032, 4/22/1920

**OFFICIAL CHECK**

**Sanwa Bank** California

16-37117/1220

370665406

Pay To The Order Of

\* \* \*FELICITAS CASTANEDA AND JOSE CASTANEDA AND JESUS\* \* \* \* \*
\* \* \*CASTANEDA AND ROBERT GOMEZ\* \* \* \* \* \* \* \* \* \* \* \* \* \* 21,000.00\*\*

$

Sanwa Bank Calif.\*\$21,000.00\* \*\* \*\*

Dollars

**DRAWER: SANWA BANK CALIFORNIA**

Two Signatures Required Over $1,000

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

003

Issued by Integrated Payment Systems Inc., Englewood, Colorado
Wells Fargo Bank, Ltd. N.A. Los Angeles, CA

⑆055831⑆ ⑆122037171⑆ 680003706654061⑆

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDLE

2

112

**ROBERT J. GOMEZ**
ATTORNEY AT LAW
CLIENT TRUST ACCOUNT
ONE WEST HELLMAN AVE., STE. 1   818-573-1100
ALHAMBRA, CA  91803

1593

16-24
(220)(7)

DATE  9/6/00

PAY
TO THE
ORDER OF   FELICITAS CASTANEDA                                    $  6,200.00

SIX THOUSAND TWO HUNDRED AND NO CENTS ————————————— DOLLARS

**WELLS FARGO BANK**

FOR  ESTATE OF LUIS CASTANEDA

⑈001593⑈ ⑆122000247⑆0616 045472⑈

---

**ROBERT J. GOMEZ**
ATTORNEY AT LAW
CLIENT TRUST ACCOUNT
ONE WEST HELLMAN AVE., STE. 1   816-573-1100
ALHAMBRA, CA  91803

1597

16-24
(220)(7)

DATE  9/6/00

PAY
TO THE
ORDER OF   JOSE CASTANEDA                                    $  6,200.00

SIX THOUSAND TWO HUNDRED AND  NO CENTS ————————————— DOLLARS

**WELLS FARGO BANK**

FOR  ESTATE OF LUIS CASTANEDA

⑈001597⑈ ⑆122000247⑆0616 045472⑈

---

**ROBERT J. GOMEZ**
ATTORNEY AT LAW
CLIENT TRUST ACCOUNT
ONE WEST HELLMAN AVE., STE. 1   818-573-1100
ALHAMBRA, CA  91803

1598

16-24
(220)(7)

DATE  9/6/00

PAY
TO THE
ORDER OF   JESUS CASTANEDA                                    $  6,200.00

SIX THOUSAND TWO HUNDRED AND NO CENTS ————————————— DOLLARS

**WELLS FARGO BANK**

FOR  ESTATE OF LUIS CASTANEDA

⑈001598⑈ ⑆122000247⑆0616 045472⑈

D.2

108  22

(Page 6 of 7)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, bar number, and address):
Jan W. Anderson
Anderson and Anderson
2070 N. Tustin Avenue
Santa Ana, CA 92705-7827
(714) 835-4400
ATTORNEY FOR (Name): Art Baker, Administrator

RESERVED FOR CLERK'S FILE STAMP

**FILED**
LOS ANGELES SUPERIOR COURT
APR 2 7 2005
JOHN A. CLARKE, CLERK
BY MIREYA CUEVAS, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS: 300 E. Walnut
                    Pasadena, CA 91101

Estate of:
LUIS CASTANEDA

**AFFIDAVIT OR DECLARATION
FOR FINAL DISCHARGE AND ORDER**

CASE NUMBER:
GP 003849

The undersigned, as Administrator                                    of the above-entitled estate,
declare(s) that distribution has been made of all estate property as required by the order(s) for distribution made in this proceeding,
and that all required acts have been performed as follows: (check all that apply)

[X] All personal property, including but not limited to, money, stocks, bonds and other securities, have been delivered to
    the distributee(s) as ordered herein; that the receipt(s) of the distributee(s) is/are now on file.

[ ] No personal property is on hand for distribution.

[ ] The personal representative's statement, with respect to real property, is on file identifying the date and place of
    the recording and other appropriate recording information for the court order for distribution or the personal
    representative's deed.

[X] No real property is on hand for distribution.   *Where is 630 mercedes property ?*

[ ] The Affiant(s)/Declarant(s) is/are the sole distributee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 12, 2005

_____
SIGNATURE OF AFFIANT OR DECLARANT

Art Baker
PRINT NAME OF AFFIANT OR DECLARANT

**ORDER FOR FINAL DISCHARGE**

It appearing that all acts of above named Affiant/Declarant were performed as required by law;

IT IS ORDERED, ADJUDGED AND DECREED:

That Art Baker                                  as Administrator
be discharged as such and sureties are hereby released from liability for all acts subsequent hereto.

Date: APR 2 7 2005

_____
JUDGE OF THE SUPERIOR COURT

PRO 002 01-02
Martin Dean's Essential Forms™

**AFFIDAVIT OR DECLARATION FOR FINAL DISCHARGE AND ORDER**   Probate Code §§ 11753(a)(b) and 12250(a)

Castaneda

23

(Page 242 of 304)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address):

Anderson & Anderson
Jan Walls Anderson, Esq.; Bar No. 128956
2070 N. Tustin Avenue
Santa Ana, CA 92701-2148

TELEPHONE NO.: (714) 835-4400

FOR COURT USE ONLY

ATTORNEY FOR (Name): Art Baker

FILED
LOS ANGELES SUPERIOR COURT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 300 E. Walnut
MAILING ADDRESS: same
CITY AND ZIP CODE: Pasadena, CA 91101
BRANCH NAME: Northeast District

JAN 24 1995

EDWARD M. KRITZMAN, CLERK

BY A. RABINO, DEPUTY

ESTATE OF (NAME): Luis Castaneda

DECEDENT

| LETTERS | | CASE NUMBER: |
|---|---|---|
| ☐ TESTAMENTARY | ☒ OF ADMINISTRATION | GP 003849 |
| ☐ OF ADMINISTRATION WITH WILL ANNEXED | ☐ SPECIAL ADMINISTRATION | |

## LETTERS

1. ☐ The last will of the decedent named above having been proved, the court appoints (name):

   a. ☐ Executor
   b. ☐ Administrator with will annexed

2. ☒ The court appoints (name):

Art Baker

   a. ☒ Administrator of the decedent's estate
   b. ☐ Special administrator of decedent's estate
      (1) ☐ with the special powers specified in the Order for Probate
      (2) ☐ with the powers of a general administrator

3. ☒ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act ☐ with full authority ☒ with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

WITNESS, clerk of the court, with seal of the court affixed.

Date: JAN 24 1995 EDWARD M. KRITZMAN

Clerk, by _Rabino_ , Deputy

## AFFIRMATION

1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 1140(b)).

2. ☒ INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law.

3. ☐ INSTITUTIONAL FIDUCIARY (name):

   I solemnly affirm that the institution will perform the duties of personal representative according to law.
   I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):

4. Executed on (date): 12-14-94 .
at (place): Pasadena, CA , California.

► _Art Baker_
(SIGNATURE)

## CERTIFICATION

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)

Date:
Clerk, by

(DEPUTY)

Form Approved by the
Judicial Council of California
DE-150 (Rev. July 1, 1988)

LETTERS
(Probate)

Probate Code, §§ 463, 465, 501, 502, 540
Code of Civil Procedure, § 2015.6

24

DE-160, GC-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | TELEPHONE AND FAX: | FOR COURT USE ONLY |
|---|---|---|

Jan W. Anderson
Anderson and Anderson
2070 N. Tustin Avenue
Santa Ana, CA 92705-7827

TELEPHONE AND FAX: (714) 835-4400

ATTORNEY FOR *(Name)*: Art Baker, Administrator

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Los Angeles
STREET ADDRESS: 300 E. Walnut
MAILING ADDRESS: same
CITY AND ZIP CODE: Pasadena, CA 91101
BRANCH NAME: Northeast District

FOR COURT USE ONLY

FILED
LOS ANGELES SUPERIOR COURT
LOS ANGELES SUPERIOR COURT
MAY 2 7 1999
MAY 2 7 1999
JOHN A. CLARKE, CLERK
JOHN A. CLARKE, CLERK
BY G. REYES, DEPUTY
BY G. REYES, DEPUTY

ESTATE OF *(Name)*:
LUIS CASTANEDA

[X] DECEDENT   [ ] CONSERVATEE   [ ] MINOR

| INVENTORY AND APPRAISAL | CASE NUMBER: GP 003849 |
|---|---|
| [ ] Partial No.:    [ ] Corrected | |
| [ ] Final    [X] Reappraisal for Sale | Date of Death of Decedent or of Appointment of Guardian or Conservator: |
| [ ] Supplemental    [ ] Property Tax Certificate | 5/24/94 |

### APPRAISALS

1.  Total appraisal by representative, guardian or conservator (Attachment 1):          $    –0–
2.  Total appraisal by referee (Attachment 2):                                                                    $310,000.00

                                                                                        TOTAL:   $310,000.00

### DECLARATION OF REPRESENTATIVE, GUARDIAN, CONSERVATOR, OR SMALL ESTATE CLAIMANT

3.  Attachments 1 and 2 together with all prior inventories filed contain a true statement of
    [ ] all   [X] a portion   of the estate that has come to my knowledge or possession, including particularly all money and all just claims the estate has against me. I have truly, honestly, and impartially appraised to the best of my ability each item set forth in Attachment 1.
4.  [ ] No probate referee is required    [ ] by order of the court dated *(specify)*:
5.  Property tax certificate. I certify that the requirements of Revenue and Taxation Code section 480
    a. [ ] are not applicable because the decedent owned no real property in California at the time of death.
    b. [X] have been satisfied by the filing of a change of ownership statement with the county recorder or assessor of each county in California in which the decedent owned property at the time of death.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 5-19-99

▶ *(signature)* Art Baker

(TYPE OR PRINT NAME, INCLUDE TITLE IF CORPORATE OFFICER)                    (SIGNATURE)

### STATEMENT ABOUT THE BOND
*(Complete if required by local court rule)*

6.  [ ] Bond is waived, or the sole fiduciary is a corporate fiduciary or an exempt government agency.
7.  [X] Bond filed in the amount of: $   133,000.00   [X] Sufficient   [ ] Insufficient
8.  [ ] Receipts for: $    have been filed with the court for deposits in a blocked account at *(specify institution and location)*:

Date: 5/13/99

▶ *(signature)*

Jan W. Anderson
(TYPE OR PRINT NAME)                         (SIGNATURE OF ATTORNEY OR PARTY WITHOUT ATTORNEY)

(Continued on reverse)

Form Approved by the
Judicial Council of California
DE-160, GC-040 (Rev. January 1, 1998)
Martin Dean's Essential Forms™
**INVENTORY AND APPRAISAL**

Castaneda

Probate Code, §§ 2610-2615, 8800-8980

25

| ESTATE OF *(Name)* : LUIS CASTANEDA | CASE NUMBER |
|---|---|
| [X] DECEDENT  [ ] CONSERVATEE  [ ] MINOR | GP 003849 |

## DECLARATION OF PROBATE REFEREE

9.  I have truly, honestly, and impartially appraised to the best of my ability each item set forth in Attachment 2.

10. A true account of my commission and expenses actually and necessarily incurred pursuant to my appointment is

Statutory commission:      $ 310.00
Expenses *(specify)* :      $   20.50
         TOTAL: $ 330.50      0.00

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:     May 12, 1999

GARTH G.G ARDNER
*(TYPE OR PRINT NAME)*

▶ *Garth G. Gordner*
*(SIGNATURE OF REFEREE)*

## INSTRUCTIONS

**(See Probate Code sections 2610-2616, 8801, 8804, 8852, 8905, 8960, 8961, and 8963 for additional instructions.)**

1.  See Probate Code section 8850 for items to be included in the inventory.

2.  If the minor or conservatee is or has been during the guardianship or conservatorship confined in a state hospital under the jurisdiction of the State Department of Mental Health or the State Department of Developmental Services, mail a copy to the director of the appropriate department in Sacramento (Prob. Code, § 2611).

3.  The representative, guardian, conservator, or small estate claimant shall list on Attachment 1 and appraise as of the date of death of the decedent or date of appointment of the guardian or conservator at fair market value moneys, currency, cash items, bank accounts and amounts on deposit with each financial institution (as defined in Probate Code section 40), and the proceeds of life and accident insurance policies and retirement plans payable upon death in lump sum amounts to the estate, except items whose fair market value is, in the opinion of the representative, an amount different from the ostensible value or specified amount.

4.  The representative, guardian, conservator, or small estate claimant shall list in Attachment 2 all other assets of the estate which shall be appraised by the referee.

5.  If joint tenancy and other assets are listed for appraisal purposes only and not as part of the probate estate, they must be separately listed on additional attachments and their value excluded from the total valuation of Attachments 1 and 2.

6.  Each attachment should conform to the format approved by the Judicial Council (see *Inventory and Appraisal Attachment* (form DE-161, GC-041) and Cal. Rules of Court, rule 201).

**INVENTORY AND APPRAISAL**

Castaneda

DE-161, GC-041

| ESTATE OF *(Name)*:  LUIS CASTANEDA | CASE NUMBER:  GP 003849 |

## INVENTORY AND APPRAISAL
### ATTACHMENT NO: __2__

*(In decedents' estates, attachments must conform to Probate Code section 8850(o) regarding community and separate property.)*

Page: _____ of: _____ total pages.
*(Add pages as required.)*

| Item No. | Description | Appraised value |
|---|---|---|
| 1. | Improved real property located at 630 Mercedes Avenue, Pasadena (Los Angeles County), California 91107, described as:  Lot 9 of Tract No. 5854, as per map recorded in Book 99 Pages 99 and 100 of Maps, in the office of the county recorder of said county  APN 5750-9-8 | 310,000.00 |

Form Approved by the
Judicial Council of California
DE-161, GC-041 (Rev. January 1, 1998)
*Merlin Dean's Essential Forms* ™

**INVENTORY AND APPRAISAL (ATTACHMENT)**

Probate Code, §§ 301,
2610-2613, 8800-8920,
10309

Castaneda

27

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: (714) 835-4400 | FOR COURT USE ONLY |
|---|---|---|

Anderson & Anderson
Jan Walls Anderson, Esq.; Bar No. 128956
2070 N. Tustin Avenue
Santa Ana, CA 92701-2148
ATTORNEY FOR *(Name):* Jose Castaneda

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 300 E. Walnut
MAILING ADDRESS: same
CITY AND ZIP CODE: Pasadena, CA 91101
BRANCH NAME: Northeast District

ESTATE OF *(NAME):* Luis Castaneda

FILED

MAR 1 5 1995

EDWARD M. KRITZMAN

BY ROBERT AVITIA, DEPUTY

[X] DECEDENT    [ ] CONSERVATEE    [ ] MINOR

| | CASE NUMBER: |
|---|---|
| **INVENTORY AND APPRAISEMENT** | GP 003849 |
| [ ] Complete    [ ] Final | |
| [X] Partial No.: 1    [ ] Supplemental | Date of Death of Decedent or of Appointment of Guardian or Conservator: 05-24-94 |
| [ ] Reappraisal for Sale | |

**APPRAISALS**

| | | |
|---|---|---|
| 1. Total appraisal by representative (attachment 1) | $ | -0- |
| 2. Total appraisal by referee (attachment 2) | $ | 260,000.00 |
| | TOTAL: | $ 260,000.00 |

**DECLARATION OF REPRESENTATIVE**

3. Attachments 1 and 2 together with all prior inventories filed contain a true statement of [ ] all [X] a portion of the estate that has come to my knowledge or possession, including particularly all money and all just claims the estate has against me. I have truly, honestly, and impartially appraised to the best of my ability each item set forth in attachment 1.

4. [X] No probate referee is required [ ] by order of the court dated *(specify):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 3-7-95

Art Baker
(TYPE OR PRINT NAME) *(include title if corporate officer)*    ► *(SIGNATURE OF PERSONAL REPRESENTATIVE)*

**STATEMENT REGARDING BOND**
*(Complete if required by local court rule)*

5. [ ] Bond is waived.
6. [ ] Sole personal representative is a corporate fiduciary.
7. [X] Bond filed in the amount of: $133,000.00    [X] Sufficient    [ ] Insufficient
8. [ ] Receipts for: $ _____ have been filed with the court for deposits in a blocked account.
   at *(specify institution and location):*

Date: 3/9/95    ► *(SIGNATURE OF ATTORNEY OR PARTY WITHOUT ATTORNEY)*

**DECLARATION OF PROBATE REFEREE**

9. I have truly, honestly, and impartially appraised to the best of my ability each item set forth in attachment 2.
10. A true account of my commission and expenses actually and necessarily incurred pursuant to my appointment is
    Statutory commission: $ 260.00
    Expenses *(specify):*   $  20.00  (Map, mileage, photo)
    TOTAL: $ 280.00

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: February 16, 1995

ROBERT Y. NAGATA
(TYPE OR PRINT NAME)    ► *(SIGNATURE OF REFEREE)*

*(Instructions on reverse)*

Form Approved by the
Judicial Council of California
DE-160, GC-040 (Rev. January 1, 1995)

**INVENTORY AND APPRAISEMENT**
(Probate)

Prob. C 900-611,
2610-2616

28

ESTATE OF: Luis Cast___da

CASE NUMBER:
GP 003849

ATTACHMENT NO:   2

(IN DECEDENTS' ESTATES, ATTACHMENTS MUST CONFORM TO PROBATE CODE 601
REGARDING COMMUNITY AND SEPARATE PROPERTY)

PAGE....1.....OF....1.......TOTAL PAGES
(ADD PAGES AS REQUIRED)

| Item No. | Description | Appraised value |
|----------|-------------|-----------------|
| 1. | | $ |

1.   Improved Real Property located at 630        $  260,000.00
     Mercedes Avenue, Pasadena (Los Angeles
     County), California 91107, described as:

     Lot 9 of Tract No. 5854, as per map
     recorded in Book 99 Pages 99 and 100 of
     Maps, in the office of the County
     Recorder of said County.

     Assessor's Parcel No. 5750-9-8

                TOTAL ATTACHMENT NO. 2        $ 260,000.00

Form Approved by the
Judicial Council of California
Effective January 1, 1976          INVENTORY AND APPRAISEMENT (ATTACHMENT)

Prob C 481,
800-803, 784,
1850, 1901
761950 (Rev. 1-76) 4-85

29

Doc# 1 Page# 233 - Doc ID = 1725750931 - Doc Type = Case File - Public

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address):

Anderson & Anderson
Jan Walls Anderson, Esq.; Bar No. 128956
2070 N. Tustin Avenue
Santa Ana, CA 92701-2148
ATTORNEY FOR (Name): Jose Castaneda

TELEPHONE NO.: (714) 835-4400

FOR COURT USE ONLY

FILED
LOS ANGELES SUPERIOR COURT

JAN 24 1995

EDWARD M. KRITZMAN, CLERK
BY A. RABINO, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 300 E. Walnut
MAILING ADDRESS: same
CITY AND ZIP CODE: Pasadena, CA 91101
BRANCH NAME: Northeast District

ESTATE OF (NAME): Luis Castaneda

DECEDENT

| ORDER FOR PROBATE | CASE NUMBER: |
|---|---|
| ORDER APPOINTING  ☐ Executor  ☐ Administrator with Will Annexed  ☒ Administrator  ☐ Special Administrator  ☒ Order Authorizing Independent Administration of Estate  ☐ with full authority  ☒ with limited authority | GP 003849 |

1.  Date of hearing: 12-14-94   Time: 10:00 a.m   Dept/Rm: A   Judge: Coleman A. Swart

THE COURT FINDS

2.  a. All notices required by law have been given.
    b. Decedent died on (date): May 25 , 1994
       (1) ☒ a resident of the California county named above
       (2) ☐ a nonresident of California and left an estate in the county named above
    c. Decedent died
       (1) ☒ intestate
       (2) ☐ testate  and decedent's will dated:
           and each codicil dated:
           was admitted to probate by Minute Order on (date):

THE COURT ORDERS

3.  (Name): Art Baker
    is appointed personal representative:
    a. ☐ Executor of the decedent's will        d. ☐ Special Administrator
    b. ☐ Administrator with will annexed           (1) ☐ with general powers
    c. ☒ Administrator                             (2) ☐ with special powers as specified in Attachment 3d
                                                    (3) ☐ without notice of hearing

    and letters shall issue on qualification.

4.  a. ☐ Full Authority is granted to administer the estate under the Independent Administration of Estates Act.
    b. ☒ Limited authority is granted to administer the estate under the Independent Administration of Estates Act (there is no
         authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property
         or (3) borrow money with the loan secured by an encumbrance upon real property).

5.  a. ☐ Bond is not required.
    b. ☒ Bond is fixed at: $ 133,000.00        to be furnished by an authorized surety company or as otherwise
         provided by law.
    c. ☐ Deposits of: $        are ordered to be placed in a blocked account at (specify institution and
         location):
         and receipts shall be filed.  No withdrawals shall be made without a court order.

6.  ☒ (Name): ROBERT Y. NAGATA
    CALIFORNIA PROBATE REFEREE is appointed probate referee.

Date: JAN 24 1995

JUDGE OF THE SUPERIOR COURT

7.  ☐ Number of pages attached:

☐ Signature follows last attachment.

ROBERT Y. NAGATA
CALIFORNIA PROBATE REFEREE
1603 Aviation Blvd., Suite E
Redondo Beach, CA 90278
(310) 374-7376

Form Approved by the
Judicial Council of California
DE-140 [Rev. July 1, 1988]

ORDER FOR PROBATE

Probate Code, § 329

30

ESTATE OF LUIS CASTANEDA, decedent

Estate on Hand
SCHEDULE F

1.   Sanwa Bank
     Market Value Savings
     Account No. 2625-90083
                         Balance at 11/12/99              72,504.69

2.   Anderson and Anderson
     Wells Fargo Bank Trust Account No. 0799-013627
     Cash distributed from escrow of sale of Mercedes
     property to trust account to be held on behalf of
     the Estate of Castaneda
                         Balance at 11/09/99              30,170.54
     Less charge for wire transfer                          (10.00)


     TOTAL ASSETS ON HAND              $    102,665.23

First and Final Account - Estate on Hand - Schedule F

31

ESTATE OF LUIS CASTANEDA, deceased

Trust on Hand
"SCHEDULE J"

1.  Sanwa Bank
    Market Value Savings
    Account No. 2695-60093
                            Balance at 11/12/99                    $2,304.80

2.  Anderson and Anderson
    Wells Fargo Bank Trust Account No. 0192401-57
    Cash disbursed from escrow of sale of Merced St.
    property to trust account to be held on behalf of
    the Estate of Castaneda
                            Balance at 11/08/99                    $9,170.64
                                                                  ($3.00)
    Less charge for wire transfer

    TOTAL ASSETS ON HAND                            $   11,056.10



First and Final Account - Estate on Hand - Schedule J



Sanwa Bank
California

LAKE AVENUE OFFICE
___ SOUTH LAKE AVENUE
PASADENA CA 91101

FOR PERSONAL ASSISTANCE CALL:
818-795-9583

ESTATE OF LUIS CASTANEDA
JOSE CASTANEDA CONSERVATOR
_____ BLOCKER ____
___ MERCEDES AVE
PASADENA                    CA 9____

DEAR CUSTOMER:  THIS IS TO REMIND YOU THAT YOUR TIME
DEPOSIT WILL MATURE ON 04-07-92.  WITH THE TIME DEPOSIT
YOU SELECTED, NO INTEREST MAY BE PAID AFTER MATURITY.
TO CONTINUE TO EARN INTEREST ON YOUR TIME DEPOSIT,
PLEASE STOP BY YOUR SANWA BRANCH SO WE CAN RENEW IT FOR
YOU AT OUR CURRENT RATES.  IF YOU ELECTED TO HAVE A
CERTIFICATE ISSUED FOR YOUR TIME DEPOSIT, PLEASE BRING
IT WITH YOU.  THANK YOU FOR SELECTING SANWA BANK
CALIFORNIA FOR YOUR TIME DEPOSIT.

TIME DEPOSIT NUMBER
INTEREST RATE                     5.150
TERM              361   DAYS
MATURITY DATE            04-07-92
PRINCIPAL AMOUNT     109,000.00

33

ESTATE OF LUIS CASTANEDA
REVISED SUMMARY OF ACCOUNT
MARCH 23, 1989 — JUNE 26, 1991

CHARGES:

Estate/Cash on Hand:

| | |
|---|---|
| First Accounting Balance on Hand at 3/22/89 | $504,927.15 |
| Adjustment to Cash on Hand, Schedule A | -119.79 |

Receipts:

| | |
|---|---|
| Sanwa Account Number 2625-44351, Schedule B | 125,836.94 |
| Sanwa Account Number 2625-90083, Schedule C | 4,119.89 |
| Sanwa Time Deposits, Various Accounts, Schedule D | 23,618.96 |
| Security Pacific Account 052-216-025, Schedule E | 79,341.77 |
| TOTAL CHARGES | $737,725.93 |

CREDITS:

Disbursements:

| | |
|---|---|
| Sanwa Account Number 2625-44351, Schedule F | $160,191.93 |
| Security Pacific Account 052-216-025, Schedule G | 71,931.21 |
| Total Disbursements | $232,123.14 |

Estate on Hand, Schedule H

| | |
|---|---|
| Cash | 149,007.47 |
| Other Assets | 356,595.31 |
| TOTAL CREDITS | $737,725.92 |

EXHIBIT A

34

**FW-003**    **Order on Court Fee Waiver**
                **(Superior Court)**

**①  Person who asked the court to waive court fees:**

Name: *Jose Castaneda, Executor of Estate*

Street or mailing address: *576 Douglas St*

City: *Pam*    State: *Co*    Zip: *96049*

**②  Lawyer, if person in ① has one** *(name, address, phone number, e-mail, and State Bar number):* *Atty was Disbarred Jack Kenneth Conway by Supreme Court of California in 2005 Atty Jim Wells Anderson Resigned parctice of law in Oregon*

**③  A request to waive court fees was filed on** *(date):* *4/2/18*

☑  The court made a previous fee waiver order in this case on *(date):*

*4/18/18 by Judge Mary House Thornton*

*Read this form carefully. All checked boxes ☑ are court orders.*

---

Clerk stamps date here when form is filed.

**FILED**
Superior Court of California
County of Los Angeles

**JUN 17 2019**

Sherri R. Carter, Executive Officer/Clerk of Court

By _____ Deputy
   Victoria Karopetyan

Fill in court name and street address:

Superior Court of California, County of

Fill in case number and name:

Case Number:
*GP 003849*

Case Name:
*Estate of Castaneda*

---

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for $10,000 or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**④  After reviewing your:**    ☑ *Request to Waive Court Fees*    ☐ *Request to Waive Additional Court Fees*
   **the court makes the following orders:**

**a.** ☑ **The court grants your request, as follows:**

- **(1)** ☑ **Fee Waiver. The court grants your request and waives your court fees and costs listed below.** *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:
  - Filing papers in Superior Court
  - Making copies and certifying copies
  - Sheriff's fee to give notice
  - Court fee for phone hearing
  - Giving notice and certificates
  - Sending papers to another court department
  - Court-appointed interpreter in small claims court
  - Reporter's fee for attendance at hearing or trial, if reporter provided by the court
  - Assessment for court investigations under Probate Code section 1513, 1826, or 1851
  - Preparing, certifying, copying, and sending the clerk's transcript on appeal
  - Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
  - Making a transcript or copy of an official electronic recording under rule 8.835

- **(2)** ☐ **Additional Fee Waiver. The court grants your request and waives your additional superior court fees and costs that are checked below.** *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.
  - ☐ Jury fees and expenses
  - ☐ Fees for court-appointed experts
  - ☐ Other *(specify):* _____
  - ☐ Fees for a peace officer to testify in court
  - ☐ Court-appointed interpreter fees for a witness

---

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2015, Mandatory Form
Government Code, § 68534(e)
Cal. Rules of Court, rule 3.52    **Order on Court Fee Waiver (Superior Court)**    FW-003, Page 1 of 2

Your name: _____

Case Number: _____

b. ☐ The court **denies** your fee waiver request, as follows:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) ☐ The court **denies** your request because it is incomplete. You have **10 days** after the clerk gives notice of this order (see date of service on next page) to:
  - Pay your fees and costs, or
  - File a new revised request that includes the items listed below *(specify incomplete items):*

  _____

(2) ☐ The court **denies** your request because the information you provided on the request shows that you are not eligible for the fee waiver you requested *(specify reasons):* _____

  _____
  _____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court),* form FW-006. You have **10 days** after the clerk gives notice of this order (see date of service below) to:
  - Pay your fees and costs in full or the amount listed in c. below, or
  - Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. ☐ The court needs more information to decide whether to grant your request. You must go to court on the date below. The hearing will be about *(specify questions regarding eligibility):*

  _____
  _____

☐ Bring the following proof to support your request if reasonably available:

  _____

Name and address of court if different from above:

_____

**Hearing Date** →  Date: _____   Time: _____

Dept.: _____   Room: _____

_____

> **Warning!** If item c is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 6/17/19     Signature *(check one):*   ☑ Judicial Officer   ☐ Clerk, Deputy

**WILLIAM DODSON**

**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation,* Form MC-410. (Civil Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*   ☐ A certificate of mailing is attached.

☐ I handed a copy of this order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____, California on the date below.

Date: _____   Clerk, by _____, Deputy

**This is a Court Order.**

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Jose Castaneda, aka, James Blume USMC The Executor of the Estate of Castaneda | State of CA, C.O.L.A, City of LA, LASC, State Bar of CA |

**(b)** County of Residence of First Listed Plaintiff **Los Angeles**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Los Angeles**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Jose Castaneda, Executor of a Lotted Estate Castaneda
596 Douglas Street, Pasadena, CA 91104

Attorneys *(If Known)*

Sarah Lee Overton, 3801 University Drive, Ste 560,
Riverside California 92501

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | **PERSONAL INJURY** ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☒ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Injury Product Liability | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **SOCIAL SECURITY** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 862 Black Lung (923) | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 863 DIWC/DIWW (405(g)) | |
| | | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI | |
| | | ☐ 555 Prison Condition | ☐ 865 RSI (405(g)) | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | **FEDERAL TAX SUITS** | |
| | | **IMMIGRATION** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
850 - 859 Probate Motions as well as abuse of the CCP391 Vexatious Litigation to silence us for wistleblowing on court widespread corruption.

Brief description of cause:
Attorneys involved lotted two estates appraised at well over 2.3 million as Judge DeVanon was censure, conway was disbarred and Bar is failure.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
2.3 Million

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE  Judge Fernando M.Olguin-No Consent to Jud Kirr   DOCKET NUMBER  19-cv-00736 (18-cv-06795)

DATE   6-24-2021

SIGNATURE OF ATTORNEY OF RECORD   *Jose Castaneda*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



ESTATE OF LUIS CASTANEDA,
FELICITAS CASTANEDA, Decedents
596 Douglas St.
Pasadena, CA91104

UNITED STATES
POSTAL SERVICE

**P**

PRIORITY MAIL 3-DAY®

US POSTAGE PAID
**$11.10**

Origin: 91101
06/25/21
0587306116-14

*Retail*

EXPECTED DELIVERY DAY: 06/28/21

C023

1 Lb 7.20 Oz

1006

SHIP
TO: 333 LOMAS BLVD NW
Albuquerque NM 87102-2272

USPS TRACKING® #

9505 5163 3174 1176 4464 33

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 28 2021

MITCHELL R. ELFERS
CLERK

Federal District Court New Me
ALBUquerque, Division off
333 Lomac BLVD N
Albuquerqe NM 87102